AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00354 |
| Cristian Fernando Gutierrez-Ochoa, | ) Assigned To : Judge Moxila A. Upadhyaya |
| also known as "Luis Miguel Martinez" | ) Assign. Date : 11/6/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Cristian Fernando Gutierrez-Ochoa, also known as "Luis Miguel Martinez",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute five (5) kilograms or more of a mixture of substance containing a detectable amount of cocaine and five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, Schedule II controlled substances, knowing, intending, and having reasonable cause to believe that such substance would be unlawfully imported into the United States, in violation of 21 U.S.C. §§ 959(a), 960(b)(1)(B), and 960(b)(1)(H); all in violation of 21 U.S.C. § 963; and
Conspiring to Launder Monetary Instruments, in violation of 18 U.S.C. §1956(a) and (h).

Date: 11/06/2024

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/6/2024, and the person was arrested on *(date)* 11/19/2024
at *(city and state)* RIVERSIDE, CA.

Date: 11/20/2024

*Arresting officer's signature*

DEA SA KYLE J. MORI
*Printed name and title*

FILED
2:24-mj-07000-DUTY

2024 NOV 20 AM 11:21

asi

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 1:24-mj-00354 |
| Cristian Fernando Gutierrez-Ochoa, also known as "Luis Miguel Martinez" DEFENDANT(S). | **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Criminal Complaint
in the _____ District of Columbia _____ on 11/6/2024
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about June 2013 to the Present
in violation of Title 21 _____ U.S.C., Section(s) 959(a), 960(b)(1)(B), 960(b)(1)(H), 963
to wit: Conspiring to Distribute five (5) kilograms or more of a mixture of substance containing detectable amount of cocaine

A warrant for defendant's arrest was issued by: Honorable Moxila A. Upadhyaya

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Federal Criminal Complaint and Arrest Warrant

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _____, by

_____, Deputy Clerk.

_____
Signature of Agent

Bendy West
Print Name of Agent

DEA
Agency

Special Agent
Title

CR-52 (05/98)                    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2:24-mj-07000-DUTY
2024 NOV 20  AM 11:20

[Clerk stamp] U.S. DIST. COURT CENTRAL DIST. CALIF. LOS ANGELES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
PLAINTIFF

Cristian Fernando Gutierrez-Ochoa
USMS# _____
DEFENDANT

CASE NUMBER: 1:24-mj-00354

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 11/19/2024 at 6:05 ☒ AM ☐ PM
   or
   The defendant was arrested in the N/A District of N/A on N/A at N/A ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   21 USC 959(a), 960(b)(1)(B), 960(b)(1)(H), 963, 18 USC 1956(a) and (h)

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☐ No  ☒ Yes  Language: Spanish

7. Year of Birth: 1997

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: SA XXXXXXX Gerald Vest (please print)

12. Office Phone Number: 213 725 J834

13. Agency: DEA

14. Signature: [signature]

15. Date: 11/20/2024

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | ☑ LA ☐ RS ☐ SA   DATE FILED: 11/20/2024 |
| | CASE NUMBER: 2:24-mj-07000-DUTY   ~~Under Seal~~ |
| | INIT. APP. DATE: 11/20/2024   TIME: 1:30 PM |
| v. | CHARGING DOC: Out of District Affidavit |
| Cristian Fernando Guiterrez-Ochoa | DEFENDANT STATUS: In Custody |
| | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| DEFENDANT. | VIOLATION: 21:959 |
| | COURTSMART/REPORTER: 11/20/2024 |

PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE  Alicia G. Rosenberg

**CALENDAR/PROCEEDINGS SHEET**
**LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Karl Lozada (Deputy Clerk)   Aylin Kuzucan (Assistant U.S. Attorney)   Jesus Rivera / Spanish (Interpreter / Language)

- ☐ INITIAL APPEARANCE NOT HELD - CONTINUED
- ☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
- ☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☑ removal hearing / Rule 20.
- ☑ Defendant states true name ☑ is as charged ☐ is _____
- ☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- ☐ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
- ☑ Attorney: Rebecca M. Abel   ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution
- Ordered (see separate order) ☐ Special appearance by: _____
- ☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☑ CONTINUED
- ☐ Contested detention hearing is held. ☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order)
- ☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- ☑ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☑ GRANTED ☐ DENIED
- ☐ Preliminary Hearing waived.   ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties
- ☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- ☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- ☐ Preliminary Hearing set for _____ at 11:30 AM in Los Angeles
- ☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in Los Angeles
- ☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
- ☐ Defendant executed Waiver of Rights. ☐ Process received.
- ☐ Court ORDERS defendant Held to Answer to _____ District of _____
  - ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  - ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  - ☐ Warrant of removal and final commitment are ordered stayed until _____.
- ☑ Case continued to (Date) November 26, 2024   (Time) 11:00   ☑ AM / ☐ PM
- ☑ Type of Hearing: Detention & Waiver of Rights   Before Judge Rosenberg /Duty Magistrate Judge. Proceedings will be held in the ☐ Duty Courtroom ☑ Judge's Courtroom 550 in Roybal
- ☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
- ☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- ☐ Electronic Release Order issued (if issued using Release Book: Release Order No. _____ ).
- ☐ Other: _____

RECEIVED: ☑ PSA ☐ PROBATION ☑ FINANCIAL ☑ CR-10   ☑ READY

Deputy Clerk Initials kl : 10

M-5 (10/23)   CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE   Page 1 of 1

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### MINUTES - RULE 5/20 HEARING / DETENTION HEARING

Case No. **2:24-mj-07000-DUTY-1**     CourtSmart **11/26/2024**     Date: **11/26/2024**

Present: The Honorable **Alicia G. Rosenberg**, U.S. Magistrate Judge

| K. Lozada | Lermik Begian & Robert Quealy | F. Javier Villalobos / Spanish |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

USA v. **CRISTIAN FERNANDO GUTIERREZ-OCHOA**

Attorney Present for Defendant: **Anthony E. Colombo, Jr**

☑ Present  ☑ Custody  ☐ Bond  ☐ Not present     ☑ Present  ☐ CJA  ☑ Retd  ☐ DFPD  ☐ Not present

**I. PROCEEDINGS:** ☐ IDENTITY HEARING  ☐ REMOVAL HEARING  ☐ PRELIMINARY HEARING
☐ RE POSSIBLE RULE 20  ☐ ARRIVAL OF PROCESS
☑ FURTHER PROCEEDINGS RE **DETENTION**

☐ Process  ☐ received  ☐ not received
☐ Witness(es) CST  ☐ Exhibits Marked  ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record.  ☐ See receipt for Release of Exhibits to Counsel.
☐ Court finds defendant  ☐ to be the person  ☐ not to be the person charged in the  ☐ Indictment  ☐ Information  ☐ Complaint.
☐ Court finds  ☐ probable cause  ☐ no probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☑ IT IS ORDERED that the defendant return to the originating district and proceedings be terminated in this district.
☑ Defendant executed Waiver of Rights.    ☑ Process received.    ☐ Process not received.
☑ Court ORDERS defendant Held to Answer to _____ District of **Columbia**
☐ Bond to transfer, if bail is posted. Defendant ordered to report on or before _____
☐ Final commitment and warrant of removal to issue directing the U.S. Marshal to return the defendant to the district of origin. Date issued: _____ By: _____.
☐ Final commitment and warrant of removal are ordered stayed until _____.
☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. District Court, Central District at  ☐ Los Angeles  ☐ Riverside  ☐ Santa Ana.

**II. PROCEEDINGS: DETENTION HEARING**     ☐ Contested detention hearing is held.
☐ Government's request for detention is:  ☐ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☐ Counsel stipulate to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☐ Court **ORDERS DEFENDANT PERMANENTLY DETAINED.** See separate Detention Order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____  ☐ SEE ATTACHED COPY OF CR-01 BOND FORM FOR **CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Witnesses CST  ☐ Exhibits Marked  ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record.  ☐ See Receipt for Release of Exhibits to Counsel.  ☐ Release Order Issued - Release No.: _____
☐ Court orders case continued to _____ at _____ ☐ a.m. ☐ p.m. for _____ before Judge _____ in courtroom _____ .
☑ Other: Contested detention hearing is held. Government's request for detention is: GRANTED.

I. _____ :35
II. _____ : _____

Deputy Clerk Initials **kl**

M-50 (11/21)           MINUTES - RULE 5/20 HEARING / DETENTION HEARING

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
NOV 2 6 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| UNITED STATES OF AMERICA, PLAINTIFF v. Christian Gutierrez-Ochoa DEFENDANT. | CASE NUMBER: 24mj-07000 WAIVER OF RIGHTS (OUT OF DISTRICT CASES) |
|---|---|

I understand that charges are pending in the _____ District of Columbia alleging violation of 21 U.S.C. 959/960 / 18 U.S.C. 1956 and that I have been arrested in this district and
*(Title and Section / Probation / Supervised Release)*
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:
    (1)    have an identity hearing to determine whether I am the person named in the charges;
    (2)    arrival of process;

*-Check one only-*

☐   **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
    (3)    have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
    (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐   **PROBATION OR SUPERVISED RELEASE CASES:**
    (3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☒   have an identity hearing
☒   arrival of process
☒   have a preliminary hearing
☐   have an identity hearing, and I have been informed that I have no right to a preliminary hearing
☐   have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

Date: 11/26/24

_____
Defendant

_____
Defense Counsel  Alicia G. Rosenberg  11/26/24

_____
United States Magistrate Judge

I have translated this Waiver to the defendant in the ___Spanish___ language.
Date: 11/26/24

_____
Interpreter (if required)

M-14 (09/09)  WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

| Name & Address: | | FILED<br>CLERK, U.S. DISTRICT COURT<br><br>11/26/2024<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: KL  DEPUTY |
|---|---|---|

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-mj-07000-DUTY |
| v. | |
| Cristian Fernando Gutierrez-Ochoa, | FINAL COMMITMENT AND WARRANT OF REMOVAL |
| | District of ___Columbia___ |
| DEFENDANT(S). | At ___Washington D.C.___<br>(City) |

**To: United States Marshal for the Central District of California**

*if possible by December 9, 2024,* (AGR)

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):

| ☐ Indictment | ☐ Information | ☑ Complaint | ☐ Order of court |
| ☐ Pretrial Release Violation Petition | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with (brief description of offense) 21:959(a), 960(b)(l)(B), 960(b)(l)(H), 963, 18 USC 1956(a) and (h) - Conspiring to Distribute five (5) kilograms or more of a mixture of substance containing detectable amount of cocaine.

☑ in violation of Title __21__ United States Code, Section (s) __959__

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

The defendant has now:

☑ duly waived arrival of process.
☑ duly waived identity hearing before me on __November 26, 2024__.
☑ duly waived preliminary hearing before me on __November 26, 2024__.
☐ had a preliminary hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had an identity hearing before me on _____, and it appears that the defendant is the person named as charged, and:
   ☐ Bail has been set at $_____ but has not been posted.
   ☑ No bail has been set.
   ☑ Permanent detention has been ordered.
   ☐ Temporary detention has been ordered.

November 26, 2024
Date

_/s/ Alicia G. Rosenberg_ / Alicia G. Rosenberg
United States Magistrate Judge

### RETURN

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

Date                              Deputy

M-15 (01/09)                      **FINAL COMMITMENT AND WARRANT OF REMOVAL**

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:24-mj-07000-DUTY All Defendants

Case title: USA v. Gutierrez-Ochoa

Date Filed: 11/20/2024

Date Terminated: 11/26/2024

Assigned to: Duty Magistrate Judge

**Defendant (1)**

| | |
|---|---|
| **Cristian Fernando Gutierrez-Ochoa**<br>REG 15295-506<br>*TERMINATED: 11/26/2024*<br>*also known as*<br>Luis Miguel Martinez<br>*TERMINATED: 11/26/2024* | represented by **Anthony E Colombo , Jr**<br>Law Office of Anthony E Colombo Jr<br>105 West F Street Suite 310<br>San Diego, CA 92101<br>USA<br>619-236-1704<br>Fax: 619-236-1852<br>Email: anthonycolombolegal@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Rebecca M. Abel**<br>Federal Public Defenders Office<br>321 East 2nd Street<br>Los Angeles, CA 90012<br>213-894-2854<br>Fax: 213-894-0081<br>Email: rebecca_abel@fd.org<br>*TERMINATED: 11/22/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **US Attorney's Office**<br>AUSA - Office of US Attorney<br>Criminal Division - US Courthouse<br>312 North Spring Street 12th Floor<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Email: USACAC.Criminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

[ Email All Attorneys ]
[ Email All Attorneys and Additional Recipients ]

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/2024 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Cristian Fernando Gutierrez-Ochoa, originating in the District of Columbia. Defendant charged in violation of: 21:959(a), 960(b)(1)(B), 960(b)(1)(H),963. Signed by agent Gerald West, DEA Special Agent. filed by Plaintiff USA. (mat) (Entered: 11/22/2024) |
| 11/20/2024 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Cristian Fernando Gutierrez-Ochoa; defendants Year of Birth: 1997; date of arrest: 11/19/2024 (mat) (Entered: 11/22/2024) |
| 11/20/2024 | 3 | SEALED Defendant Cristian Fernando Gutierrez-Ochoa arrested on warrant issued by the USDC District of Columbia at Washington, D.C.. (Attachments: # 1 Charging Document) (mat) (Entered: 11/22/2024) |
| 11/20/2024 | 4 | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Cristian Fernando Gutierrez-Ochoa. (mat) (Entered: 11/22/2024) |
| 11/20/2024 | 5 | ORAL MOTION Motion to Unseal the Case. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. Filed by Plaintiff USA as to Defendant Cristian Fernando Gutierrez-Ochoa. (mat) (Entered: 11/22/2024) |
| 11/20/2024 | 6 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Alicia G. Rosenberg as to Defendant Cristian Fernando Gutierrez-Ochoa. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations;see General Order 21-02 (written order). Defendant arraigned and states true name is as charged. Attorney: Rebecca M. Abel for Cristian Fernando Gutierrez-Ochoa, Deputy Federal Public Defender, present. Defendant remanded to the custody or currently in the custody of the US Marshal. Detention and Waiver of Rights Hearing set for 11/26/2024 11:00 AM before Magistrate Judge Alicia G. Rosenberg.) 5 Oral Motion Granted to Unseal |

| | | |
|---|---|---|
| | | the Entire Case as to Cristian Fernando Gutierrez-Ochoa (1). Court Smart: 11/20/24. (mat) (Entered: 11/22/2024) |
| 11/20/2024 | 7 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Cristian Fernando Gutierrez-Ochoa. (mat) (Entered: 11/22/2024) |
| 11/20/2024 | 8 | FINANCIAL AFFIDAVIT filed as to Defendant Cristian Fernando Gutierrez-Ochoa. (Not for Public View pursuant to the E-Government Act of 2002) (mat) (Entered: 11/22/2024) |
| 11/22/2024 | 9 | REQUEST to Substitute attorney Anthony E. Colombo, Jr. in place of attorney Rebecca Abel *Federal Public Defender's Office* Filed by Defendant Cristian Fernando Gutierrez-Ochoa. Request set for hearing on 11/26/2024 at 11:00 AM before Magistrate Judge Alicia G. Rosenberg. (Attorney Anthony E Colombo, Jr added to party Cristian Fernando Gutierrez-Ochoa(pty:dft)) (Colombo, Anthony) (Entered: 11/22/2024) |
| 11/22/2024 | 10 | NOTICE OF APPEARANCE of attorney Anthony E. Colombo, Jr., (Retained), appearing on behalf of Defendant Cristian Fernando Gutierrez-Ochoa, filed by Defendant Cristian Fernando Gutierrez-Ochoa. (Colombo, Anthony) (Entered: 11/22/2024) |
| 11/22/2024 | 11 | ORDER by Magistrate Judge Alicia G. Rosenberg: granting 9 REQUEST to Substitute Attorney, as to Cristian Fernando Gutierrez-Ochoa (1). Upon the defendants motion, and good cause appearing, the Court GRANTS the request to substitute retained counsel, Anthony E. Colombo, Jr., for appointed counsel, Rebecca Abel, Federal Public Defender's Office. The Federal Public Defender's Office is relieved as counsel of record. SO ORDERED. (mat) (Entered: 11/26/2024) |
| 11/26/2024 | 12 | ORDER OF DETENTION by Magistrate Judge Alicia G. Rosenberg as to Defendant Cristian Fernando Gutierrez-Ochoa. (mat) (Entered: 12/03/2024) |
| 11/26/2024 | 13 | MINUTES OF Detention Hearing held before Magistrate Judge Alicia G. Rosenberg as to Defendant Cristian Fernando Gutierrez-Ochoa. It is Ordered that the defendant return to the originating district and proceedings be terminated in this district. Defendant executed Waiver of Rights. Process received. Court Orders defendant held to Answer to District of Columbia. Contested detention hearing is held. Government's request for detention is: GRANTED. Court Smart: 11/26/24. (mat) (Entered: 12/03/2024) |
| 11/26/2024 | 14 | WAIVER OF RIGHTS approved by Magistrate Judge Alicia G. Rosenberg as to Defendant Cristian Fernando Gutierrez-Ochoa. (mat) (Entered: 12/03/2024) |
| 11/26/2024 | 15 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Alicia G. Rosenberg that Defendant Cristian Fernando Gutierrez-Ochoa be removed to the District of Columbia (mat) (Entered: 12/03/2024) |
| 12/03/2024 | | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Defendant Cristian Fernando Gutierrez-Ochoa. Your case number is: 1:24mj354. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 15 Warrant of Removal and Commitment to Another District, 6 Order on Motion for Order, Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov. (mat) (Entered: 12/03/2024) |