UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CRISTIAN FERNANDO GUTIERREZ-OCHOA,**<br>**also known as "Luis Miguel Martinez," "Fernando," "Guacho," and "La Palomo,"**<br><br>**Defendant.** | CRIMINAL No. _____<br><br>21 U.S.C. §§ 959(a), 960(a)(3), 960(b)(1)(B), 960(b)(1)(H), and 963<br>(Conspiracy to Distribute Five Kilograms or More of Cocaine and 500 Grams or More of Methamphetamine for Importation into the United States)<br><br>18 U.S.C. §§ 1956(a)(2)(B)(i), and 1956(h)<br>(Money Laundering Conspiracy)<br><br>21 U.S.C. §§ 853 and 970<br>(Drug Forfeiture)<br><br>18 U.S.C. § 982 and 28 U.S.C. § 2461<br>(Money Laundering Forfeiture) |

## INFORMATION

The United States of America, Narcotic and Dangerous Drug Section, Criminal Division, U.S. Department of Justice, charges that:

## COUNT ONE

Beginning in or around October 2015, and continuing thereafter, up to and including November 2024, in the countries of Mexico, United States, and elsewhere, the Defendant, **CRISTIAN FERNANDO GUTIERREZ-OCHOA, also known as "Luis Miguel Martinez," "Fernando," "Guacho," and "La Palomo,"** did knowingly, intentionally, and willfully combine, conspire, confederate, and agree with others, known and unknown, to distribute: (A) five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Scheule II controlled substance, and (B) five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance,

intending, knowing, and having reasonable cause to believe that the cocaine and methamphetamine would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959(a) and 960(a)(3); all in violation of Title 21, United States Code, Section 963.

With respect to the Defendant, the controlled substances involved in the conspiracy attributable to the Defendant as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him is: (A) five kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 960(b)(1)(B)(ii); and (B) 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 960(b)(1)(H).

>(Conspiracy to Distribute Five Kilograms or More of Cocaine and 500 Grams or More of Methamphetamine for Importation into the United States, in violation of Title 21, United States Code, Sections 959(a), 960(a)(3), 960(b)(1)(B)(ii), 960(b)(1)(H), and 963)

## COUNT TWO

Beginning in or around October 2015, and continuing thereafter, up to and including November 2024, in the countries of Mexico and the United States, the Defendant, **CRISTIAN FERNANDO GUTIERREZ-OCHOA, also known as "Luis Miguel Martinez," "Fernando," "Guacho," and "La Palomo,"** did knowingly, intentionally, and willfully conspire and agree with others, known and unknown, to commit certain offenses under Title 18, United States Code, Section 1956(a)(2)(B)(i), namely, to knowingly transport, transmit, and transfer, and attempt to transport, transmit, and transfer a monetary instrument and funds to a place in the United States from or through a place outside the United States, which monetary instrument and funds represented the proceeds of a specified unlawful activity, to wit, narcotics trafficking, in violation of Title 21, United States Code, Sections 952, 959, 960, and 963, knowing that such transportation, transmission, and transfer was designed in whole and in part to conceal and disguise the nature,

location, source, ownership, and control of the proceeds of such specified unlawful activity, and while conducting and attempting to conduct such transportation, transmission, and transfer, knowing that the property involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity; all in violation of Title 18, United States Code, Section 1956(h).

(Money Laundering Conspiracy, in violation of Title 18, United States Code, Sections 1956(a)(2)(B)(i) and 1956(h))

### **DRUG FORFEITURE ALLEGATION**

The United States hereby gives notice to the Defendant that upon his conviction of the Title 21 offenses alleged in Count One of this Indictment, the Government will seek forfeiture in accordance with Title 21, United States Code, Sections 853 and 970, of all right, title, and interest in any property constituting or derived from any proceeds the Defendant obtained directly or indirectly as a result of the alleged Title 21 violation in Count One, and all property used or intended to be used in any manner or part to commit or to facilitate the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the Defendant up to the value of the above forfeitable property.

There is probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

    a.    The residential property located at 1191 Pamplona Drive, Riverside, California 92508 ("Riverside Property");

    b.    $2,254,331 in U.S. Currency seized from the Riverside Property on November 19, 2024;

    c.    All watches, jewelry, purses, shoes, clothes, works of art, and items of value seized from the Riverside Property on November 19, 2024; and

    d.    The three vehicles seized from the Riverside Property on November 19, 2024, namely a 2024 BMW M4, Vehicle Identification Number (VIN) WBS43AZ01RCP53428; a 2024 Mini Countryman, VIN K3H12649; and a GMC Yukon Denali, VIN 1GKS27KL2NR142571.

(Drug Forfeiture, Title 21, United States Code, Sections 853 and 970)

## MONEY LAUNDERING FORFEITURE ALLEGATION

The United States hereby gives notice to the Defendant that upon his conviction of Title 18 offenses alleged in Count Two of this Indictment, the Government will seek forfeiture in accordance with Title 18, United States Code, Section 982 and Title 28, United States Code, Section 2461(c), of all right, title, and interest in any property involved in the violation of Title 18, United States Code, Section 1956(a) and (h), or any property traceable to such property.

If any of the above-described forfeitable property, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982, to seek forfeiture of any other property of the Defendant up to the value of the above forfeitable property.

There is probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. The residential property located at 1191 Pamplona Drive, Riverside, California 92508 ("Riverside Property");

b. $2,254,331 in U.S. Currency seized from the Riverside Property on November 19, 2024;

c. All watches, jewelry, purses, shoes, clothes, works of art, and items of value seized from the Riverside Property on November 19, 2024; and

d. The three vehicles seized from the Riverside Property on November 19, 2024, namely a 2024 BMW M4, Vehicle Identification Number (VIN) WBS43AZ01RCP53428; a 2024 Mini Countryman, VIN K3H12649; and a GMC Yukon Denali, VIN 1GKS27KL2NR142571.

(Money Laundering Forfeiture, Title 18, United States Code, Section 982 and Title 28, United States Code, Section 2461(c))

MARLON COBAR
Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

LERNIK BEGIAN
DOUGLAS MEISEL
Trial Attorneys
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530