## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 25-CR-035 (BAH)** |
| v. | |
| **CRISTIAN FERNANDO GUTIERREZ-OCHOA,** | |
|       also known as "Luis Miguel Martinez," | |
|       **Defendant.** | |

## CONSENT MOTION TO CONTINUE AND CONVERT HEARING AND TOLL SPEEDY TRIAL ACT TIME

The Government respectfully submits this consent motion to continue and convert the next hearing in this case in preparation for a change of plea and to toll the Speedy Trial Act ("STA") time until the rescheduled hearing. In support of this motion, the Government states:

1. The Government extended a plea offer to Defendant on February 14, 2025, which Defendant accepted on April 9, 2025. The Government is currently preparing plea agreement paperwork.

2. The next status hearing is scheduled for April 25, 2025.

3. Therefore, the Government respectfully requests that the Court continue the upcoming hearing to or later than May 23, 2025, and convert it to a change-of-plea hearing. The Government also requests the tolling of the STA time until the rescheduled hearing date pursuant to the ends-of-justice provision of 18 U.S.C. § 3161(h)(7)(A) and (B)(i), to allow for the change-of-plea preparations, including Government's drafting and Defendant's review of the plea agreement paperwork.

4. Defendant, through his retained counsel, consents to this motion.

                                        Respectfully submitted,

                                        MARLON COBAR, Chief
                                        Narcotic and Dangerous Drug Section
                                        Criminal Division
                                        U.S. Department of Justice

By:     */s/Lernik Begian*
            LERNIK BEGIAN
            DOUGLAS MEISEL
            Trial Attorneys
            Narcotic and Dangerous Drug Section
            Criminal Division
            U.S. Department of Justice
            145 N Street, NE
            Washington, D.C. 20530
            Lernik.begian@usdoj.gov
            Douglas.Meisel@usdoj.gov
            202-514-0917

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system, to counsel of record for Defendant on this 16th day of April 2025.

                                                  */s/Lernik Begian*
                                                  LERNIK BEGIAN
                                                  Trial Attorney
                                                  Narcotic and Dangerous Drug Section
                                                  Criminal Division
                                                  U.S. Department of Justice