```
1                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA
2
     - - - - - - - - - - - - - - - - - x
3    THE UNITED STATES OF AMERICA,
                                        Criminal Action No.
4                    Plaintiff,         1:25-cr-00035-BAH-1
                                        Friday, June 20, 2025
5    v.                                 9:50 a.m.

6    CRISTIAN FERNANDO GUTIERREZ-OCHOA,

7                    Defendant.
     - - - - - - - - - - - - - - - - - x
8

9    _____

10                 TRANSCRIPT OF SENTENCING HEARING
            HELD BEFORE THE HONORABLE BERYL A. HOWELL
11                  UNITED STATES DISTRICT JUDGE
     _____

12   APPEARANCES:

13   For United States:      DOUGLAS SPENCER MEISEL, ESQ.
                             DOJ-CRM
14                           Narcotic & Dangerous Drug Section
                             145 N Street NE, Suite 2300
15                           Washington D.C., 20530
                             (202) 598-2281
16                           douglas.meisel@usdoj.gov

17
     For the Defendant:      ANTHONY COLOMBO, JR., ESQ.
18                           JAN EDWARD RONIS, ESQ.
                             LAW OFFICES OF ANTHONY E. COLUMBO JR.
19                           105 West F Street, Third Floor
                             San Diego, CA 92101
20                           (619) 236-1704
                             anthonycolombolegal@gmail.com
21

22   Court Reporter:             Lisa A. Moreira, RDR, CRR
                                 Official Court Reporter
23                               U.S. Courthouse, Room 6718
                                 333 Constitution Avenue, NW
24                               Washington, DC  20001
                                 (202) 354-3187
25
```

```
 1                      P R O C E E D I N G S
 2              THE COURTROOM DEPUTY:  Your Honor, this is
 3    Criminal Case 25-035, United States of America v. Cristian
 4    Fernando Gutierrez-Ochoa.
 5              And also for the record, Your Honor, Interpreters
 6    Teresa Roman and Susana Santangelo have been sworn for this
 7    matter.
 8              Will parties come forward to the lectern and
 9    identify yourselves for the record this morning.  We'll
10    start with government counsel first.
11              MR. MEISEL:  Good morning, Your Honor; Douglas
12    Meisel for the United States.  With me at counsel table is
13    Special Agent Kyle Moore.
14              THE COURT:  Good morning.
15              MR. RONIS:  Good morning, Your Honor; Jan Ronis
16    appearing with co-counsel, Mr. Anthony Colombo, on behalf of
17    Mr. Gutierrez-Ochoa.
18              THE COURT:  Good morning.  Welcome back to the
19    East Coast.
20              MR. RONIS: Thank you, Your Honor.
21              THE COURT:  Good morning, Mr. Gutierrez-Ochoa.
22              THE DEFENDANT:  Good morning.
23              THE COURT:  All right.  I understand the purpose
24    of today's hearing is for Mr. Gutierrez-Ochoa to enter a
25    plea of guilty to Count 2 of the information that's been
```

1    filed against him docketed at ECF 20 for conspiring with

2    others to conduct and attempt to conduct concealment of

3    money laundering involving the proceeds of narcotics

4    trafficking in violation of 18 USC Sections 1956(h) and

5    1956(a)(2)(B)(i).

6            Mr. Ronis; is that correct?  Or Mr. Colombo, are

7    you speaking today?

8            MR. COLOMBO:  Yes, Your Honor, that is correct.

9            THE COURT:  All right.  So, Mr. Gutierrez, could

10   you just step forward to the podium with counsel.

11           All right.  So, Mr. Gutierrez, I'm going to be

12   asking you a whole series of questions today because I have

13   to assure myself that you understand the charge against you,

14   the penalties you face, the rights you'd be giving up by

15   entering the plea of guilty, and that you understand the

16   rights that -- both constitutional and statutory and

17   procedural rights that you would be giving up.

18           If at any time I ask you a question that you want

19   me to repeat, don't hesitate to ask me to do so, and I'll

20   repeat the question.

21           If I ask you a question that you want to talk to

22   your lawyer about before you answer, again, just let me know

23   you want a moment to confer with your lawyer, and I'll give

24   you time to talk to him.  Do you understand?

25           All right.

```
1              THE DEFENDANT:  Yes.
2              THE COURT:  So the first thing we're going to
3     do is, Mr. Coates, would you administer the oath to
4     Mr. Gutierrez.
5                   (Defendant sworn)
6              THE COURT:  So you're now under oath.  This means
7     that, if you do not answer my questions truthfully, you
8     could be prosecuted for perjury or for making a false
9     statement, and any false answers that you give to me here
10    today could be used against you in that prosecution.  Do you
11    understand that?
12             THE DEFENDANT:  Yes.
13             THE COURT:  And what is your full name?
14             THE DEFENDANT:  Cristian Fernando Gutierrez-Ochoa.
15             THE COURT:  And how old are you, Mr. Gutierrez?
16             THE DEFENDANT:  I'm 27.
17             THE COURT:  How far did you go in school?
18             THE DEFENDANT:  High school.
19             THE COURT:  Did you graduate from high school?
20             THE DEFENDANT:  Yes.
21             THE COURT:  And do you have any difficulty reading
22    and writing in Spanish?
23             THE DEFENDANT:  No.
24             THE COURT:  Are you able to read and understand
25    the written word in English?
```

```
1              THE DEFENDANT:  No.

2              THE COURT:  So, Mr. Colombo, could you just

3     describe the process you went through in reviewing the

4     various paperwork underlying the plea.

5              MR. COLOMBO:  Yes, Your Honor.  Mr. Ronis and I

6     met with Mr. Gutierrez-Ochoa.  We used the --

7              THE COURT:  Could you just move that microphone

8     closer to you.

9              MR. COLOMBO:  We used the services of a Spanish

10    interpreter, one that's actually authorized by the Court and

11    has translated for the Court before, and she read the

12    entirety of the agreement verbatim to Mr. Gutierrez-Ochoa.

13             After that was completed, then Mr. Ronis and I

14    went through each paragraph with him to make sure he

15    understood before he signed the agreement.

16             THE COURT:  All right.  And, Mr. Gutierrez, in

17    that process that your lawyer just described --

18             (To Mr. Colombo) Could you turn the microphone

19    back to him.  Thank you.

20             -- do you believe that you understand everything

21    that's in the plea agreement and the other paperwork

22    submitted in connection with your plea today?

23             THE DEFENDANT:  Yes.

24             THE COURT:  And where were you born?

25             THE DEFENDANT:  In Zamora, Michoacan.
```

1          THE COURT:  And what country is that in?

2          THE DEFENDANT:  Mexico.

3          THE COURT:  All right.  If you're not a U.S.

4    citizen, do you understand that conviction of this offense

5    may result in your deportation, exclusion from the United

6    States, or denial of citizenship under immigration laws?

7          THE DEFENDANT:  Yes.

8          THE COURT:  Have you taken any alcohol or drugs in

9    the last 48 hours or any medicine that could affect your

10   ability to understand what is going on here today?

11         THE DEFENDANT:  No.

12         THE COURT:  Have you received any treatment

13   recently for any type of mental illness, emotional

14   disturbance, or addiction to narcotic drugs of any kind?

15         THE DEFENDANT:  No.

16         THE COURT:  Are you completely satisfied with the

17   services of your attorneys in this case?

18         THE DEFENDANT:  I am.

19         THE COURT:  And do you feel that you've had enough

20   time to talk to your attorneys about the case, the evidence

21   against you, and the plea offer in this case and whether or

22   not you should accept it?

23         THE DEFENDANT:  Yes.

24         THE COURT:  And, Mr. Colombo, do you have any

25   question as to Mr. Gutierrez's competency to enter a guilty

1    plea today?

2                    MR. COLOMBO:  No, I do not, Your Honor.

3                    THE COURT:  Does government counsel have any

4    question about his competency to enter a plea today?

5                    MR. MEISEL:  No, Your Honor.

6                    THE COURT:  Okay.  I find that Mr. Gutierrez is

7    responding appropriately to my questions.  He seems to

8    understand fully what's going on.  Therefore, I find he is

9    competent and capable of entering an informed plea today so

10   I will proceed with the rest of the hearing.

11                   The next stage of the plea hearing, Mr. Gutierrez,

12   is where I describe to you the constitutional, statutory,

13   and procedural rights that you hold under American law that

14   you would be giving up if I accept your guilty plea here

15   today.  This is one where some of the questions may sound a

16   bit legalistic, so I want to remind you that if you want me

17   to either repeat a question or give you an opportunity to

18   talk to your lawyer before you answer, just let me know, and

19   I'll either repeat it or give you time to talk to your

20   lawyer before you answer.  Do you understand that?

21                   THE DEFENDANT:  Yes.  I'm fine, thanks.

22                   THE COURT:  All right.  Now, you're entering a

23   plea of guilty to a charge in a document called an

24   information.

25                   And I appreciate that you executed and signed,

1    before the magistrate judge, a waiver of indictment in this

2    case.  That was -- and I think you signed that back in

3    December of 2024.  But I want to make sure that you

4    understand that you have a right to have a grand jury

5    consider the charges and the information against you.  And

6    if you decided that you wanted to have an indictment rather

7    than just an information, the government would be required

8    to present evidence to a grand jury and persuade at least 12

9    grand jurors out of 16 that there's probable cause to

10   believe that the charge against you was committed and that

11   you committed it.

12            Do you understand that you have a right to have a

13   grand jury indictment in this case?

14            THE DEFENDANT:  Yes.

15            THE COURT:  And I see a document called "Waiver of

16   Indictment," and I'm going to -- for the record, I'm going

17   to hold that up to you.  Is that your signature on that

18   document signed today?

19            THE DEFENDANT:  Yes.

20            THE COURT:  And you understand that you're waiving

21   your right to a grand jury indictment in this case?

22            THE DEFENDANT:  Yes.

23            THE COURT:  All right.

24            Now, you have a right to plead not guilty to the

25   charges in the information and to have a jury trial in this

1    case.  That means that 12 citizens from the District of

2    Columbia would sit in the jury box to my left, your right,

3    listen to the evidence presented by the government, and

4    determine whether or not the government had proven your

5    guilt of the crime charged in the information.

6           Do you understand that you have a right to plead

7    not guilty and to have a jury trial on the charges in the

8    information filed against you?

9           THE DEFENDANT:  Yes, I understand.

10          THE COURT:  If you had a trial, you would have the

11    right to be represented by your lawyers at the trial and at

12    every other stage of the proceeding and, if necessary, have

13    the Court appoint counsel for you.  Do you understand that?

14          THE DEFENDANT:  Yes.

15          THE COURT:  If you had a trial, you would have the

16    right, through your lawyer, to confront -- meaning cross-

17    examine -- any witnesses brought to testify against you.  Do

18    you understand that?

19          THE DEFENDANT:  Yes.

20          THE COURT:  If you had a trial, you'd have the

21    right to present your own witnesses and the right to

22    subpoena witnesses, meaning to demand that they come to

23    court to testify in your defense.  You would also have the

24    right to testify and present evidence on your own behalf, if

25    you wanted to.  Do you understand that?

1           THE DEFENDANT:  Yes.

2           THE COURT:  You would not have to testify or

3    present any evidence at the trial if you did not want to

4    because you cannot be forced to incriminate yourself or

5    present evidence of your own guilt, and that cannot be used

6    against you.  Do you understand that?

7           THE DEFENDANT:  Yes.

8           THE COURT:  You're presumed by the law to be

9    innocent, and if you chose to go to trial, it would be the

10   government's burden alone to prove your guilt beyond a

11   reasonable doubt.  Do you understand that?

12          THE DEFENDANT:  Yes.

13          THE COURT:  And do you understand that if you went

14   to trial and you were convicted, you would have a right to

15   appeal your conviction of guilt to the Court of Appeals and

16   to have a lawyer help you prepare that appeal?

17          THE DEFENDANT:  I understand.

18          THE COURT:  Now, your plea agreement sets out the

19   waiver of appeal rights, and it's on Page 6 under Paragraph

20   7, which is titled "Appeal Waiver."  And under the terms of

21   the plea agreement, you are agreeing to waive any argument,

22   insofar as such waiver is permitted by law, that the statute

23   to which the defendant is pleading guilty is

24   unconstitutional, any argument that this admitted conduct

25   does not fall within the scope of the statute, and you also

1    waive the right to appeal your sentence or the manner in

2    which it was determined pursuant to 18 USC Section 3742

3    except to the extent that, A, the Court sentences the

4    defendant to a period of imprisonment longer than the

5    statutory maximum or, B, the Court departs upward from the

6    applicable sentencing guidelines range pursuant to the

7    provisions of Section 5K2.0, the sentencing guidelines, or

8    based on the consideration of the sentencing factors set

9    forth in 18 USC Section 3553(a).

10           All of that is set out verbatim in the plea

11   agreement at Paragraph 7.  Do you understand all that?

12           THE DEFENDANT:  Yes.

13           THE COURT:  Now, your plea agreement reserves the

14   right to make a collateral attack upon your sentence

15   pursuant to 28 USC Section 2255 if new and currently

16   unavailable information becomes known to you.  Do you

17   understand that?

18           THE DEFENDANT:  Yes.

19           THE COURT:  Now, certain procedural rules under

20   Federal Rule of Evidence 410 and Federal Rule of Evidence --

21   Federal Rule of Criminal Procedure 11F ordinarily limit the

22   admissibility against you of statements that you make during

23   any plea discussions or at this plea hearing.  On Page 7

24   under Paragraph 11 it talks about those two rules, and that

25   paragraph is titled "Use of Defendant's Statements."

1    Have you reviewed this paragraph with your lawyer?

2    THE DEFENDANT:  Yes.

3    THE COURT:  And do you understand that if you

4    violate the plea agreement, withdraw your guilty plea, or

5    withdraw from the plea agreement after signing it regardless

6    of whether this Court has accepted the plea agreement, that

7    you have waived your rights under those procedural rules?

8    THE DEFENDANT:  Yes.

9    THE COURT:  Now, the offense to which you're

10   pleading guilty is a felony offense.  And if I accept your

11   guilty plea and find you guilty of that offense, that may

12   deprive you not just of the constitutional rights I reviewed

13   with you but also valuable civil rights such as the right to

14   vote, the right to hold public office, the right to serve on

15   a jury, and the right to possess a firearm in the United

16   States.  Do you understand that you would be giving up those

17   civil rights?

18   THE DEFENDANT:  Yes.

19   THE COURT:  And do you understand that by entering

20   a plea of guilty and being convicted of this felony offense

21   you may also face enhanced or increased punishment if you're

22   convicted of another crime in the future?

23   THE DEFENDANT:  Yes.

24   THE COURT:  And do you understand that the offense

25   to which you're pleading guilty is a removable offense?

1    That means that you could be subject to automatic removal

2    from the United States.  Do you understand that?

3              THE DEFENDANT:  Yes.

4              THE COURT:  Now, the government has provided a

5    document called "Joint Statement of Stipulated Facts," and

6    this describes in summary form what the government would be

7    prepared to prove at trial about your criminal conduct.

8    Now, have you read this document and discussed it fully with

9    your attorney?

10             THE DEFENDANT:  Yes.

11             THE COURT:  And I'm turning to Page 5 of the

12   document.  And for the record I'm holding it up to

13   Mr. Gutierrez.

14             And, Mr. Gutierrez, is that your signature on Page

15   5 under "Defendant's Acknowledgement"?

16             THE DEFENDANT:  Yes.

17             THE COURT:  And does this Joint Statement of

18   Stipulated Facts fairly and accurately describe what you did

19   in this case?

20             THE DEFENDANT:  Yes.

21             THE COURT:  So from at least 2003 to November 2024

22   did you knowingly, intentionally, and willfully conspire and

23   agree with others to transport, transmit, transfer, and

24   attempt to transport, transmit, and transfer a monetary

25   instrument and funds to a place in the United States from or

1    through a place outside the United States of which monetary

2    instrument and funds represented the proceeds of narcotics

3    trafficking as set out in Paragraph 1?

4             THE DEFENDANT:  Yes.

5             THE COURT:  And did you also know that such

6    transportation, transmission, and transfer was designed in

7    whole or part to conceal and disguise the nature, location,

8    source, ownership, and control of the proceeds of those --

9    of such specified unlawful activity and while attempting to

10   conduct such transportation, transmission, and transfer did

11   you know that the property involved represented the proceeds

12   of unlawful activity, namely narcotics trafficking?

13            THE DEFENDANT:  Yes.

14            THE COURT:  And were you, during this conspiracy,

15   a member of the Cartel de Jalisco Nueva Generacion, CJNG?

16            THE DEFENDANT:  No.

17            THE COURT:  You were not a member?

18            THE DEFENDANT:  No.

19            MR. COLOMBO:  May I have a moment, Your Honor?

20            THE COURT:  Yes.  I'm just directing you to

21   Paragraph 2 which states, "During the course and furtherance

22   of the conspiracy, defendant was a member of the CJNG."  I

23   don't know whether it's my pronunciation of the CJNG which

24   threw him off, but if that is incorrect, we need to -- you

25   need to confer with the government.

```
 1                THE DEFENDANT:  Yes.

 2                MR. COLOMBO:  If you could reask the question,

 3      Your Honor, I think that would be appropriate.  He's

 4      indicated that the answer is yes to your question.

 5                THE COURT:  All right.  Mr. Gutierrez, during the

 6      course and in furtherance of the conspiracy were you a

 7      member of the CJNG?

 8                THE DEFENDANT:  Yes.

 9                THE COURT:  And are you connected to CJNG's top

10      leadership?

11                THE DEFENDANT:  Yes.

12                THE COURT:  And do you understand and know that

13      the CJNG controls substantial drug trafficking routes from

14      Mexico into the United States?

15                THE DEFENDANT:  Yes.

16                THE COURT:  And do you understand and know that

17      the CJNG imports tonnage quantities of illicit substances

18      into the United States, including methamphetamine, cocaine,

19      and other drugs?

20                THE DEFENDANT:  Yes.

21                THE COURT:  And do you understand and know that

22      the CJNG also has expansive money laundering networks both

23      in the United States and in Mexico?

24                THE DEFENDANT:  Yes.

25                THE COURT:  Mr. Colombo, can you explain his first
```

1    answer to the question about the CJNG?  Did he not

2    understand the question?

3              You can confer with him.

4              MR. COLOMBO:  I did.  I think he was just

5    confused, Your Honor, by the question.  He has just

6    indicated that he was confused by the question.

7              This is something that we've reviewed with him,

8    discussed, read to him verbatim.  As indicated in the plea

9    agreement, it's my practice to have him initial each page

10   after we go through it, which is why his initials are on the

11   bottom of the page.  So I think he was just confused by the

12   question.

13             THE COURT:  Okay.

14             And, Mr. Gutierrez, did you knowingly conduct and

15   participate in financial transactions with CJNG money

16   laundering operatives using CJNG's drug proceeds?

17             THE DEFENDANT:  Yes.

18             THE COURT:  And did you conduct and participate in

19   those financial transactions knowing that the drug proceeds

20   were involved and that the transactions were designed to

21   conceal and disguise the nature and location, source,

22   ownership, and control of the drug proceeds?

23             THE DEFENDANT:  Yes.

24             THE COURT:  And did you assume a fictitious

25   identity of Luis Miguel Martinez?

1          THE DEFENDANT:  Yes.

2          THE COURT:  And did you do so to live in the

3   United States to further CJNG's money laundering activities

4   here?

5          THE DEFENDANT:  Yes.

6          THE COURT:  And do you agree that your offense

7   involved sophisticated money laundering activities?

8          THE DEFENDANT:  Yes.

9          THE COURT:  And did those sophisticated money

10  laundering activities include two wire transfers in November

11  2023 totaling $1.2 million of CJNG drug proceeds from Mexico

12  to the United States?

13         THE DEFENDANT:  Yes.

14         THE COURT:  And was that $1.2 million of CJNG drug

15  proceeds used to purchase the Pamplona property in

16  Riverside, California?

17         THE DEFENDANT:  Yes.

18         THE COURT:  And was the title of that property

19  held by the name Pasion Azul?

20         THE DEFENDANT:  Yes.

21         THE COURT:  And is Pasion Azul a Mexican entity

22  controlled by the CJNG to launder drug proceeds?

23         THE DEFENDANT:  Yes.

24         THE COURT:  And did you and others within CJNG put

25  the Pamplona property in the name of Pasion Azul?

1              THE DEFENDANT:  Yes.

2              THE COURT:  And did you do that to make Pasion

3      Azul appear to be a legitimate business when it was really

4      concealing and disguising the nature, location, source,

5      ownership, and control of the CJNG's drug proceeds?

6              THE DEFENDANT:  Yes.

7              THE COURT:  And did you live at the property, the

8      Palomo property, under your fictitious identity?

9              THE DEFENDANT:  Yes.

10             THE COURT:  And while you were doing that, did you

11     do so to further CJNG money laundering activities in the

12     United States?

13             THE DEFENDANT:  Yes.

14             THE COURT:  And did you do that from at least

15     November 2023 until your arrest in November 2024?

16             THE DEFENDANT:  Yes.

17             THE COURT:  And at the time of your arrest, did

18     you possess approximately $2.2 million of CJNG drug proceeds

19     in bulk U.S. currency?

20             THE DEFENDANT:  Yes.

21             THE COURT:  And did you keep that currency at the

22     Pamplona property?

23             THE DEFENDANT:  Yes.

24             THE COURT:  And did you also have, at the Pamplona

25     property, multiple other items of value that were purchased

1    with CJNG drug proceeds, including jewelry, watches, and

2    vehicles?

3              THE DEFENDANT:  Yes.

4              THE COURT:  And did you use CJNG drug proceeds to

5    purchase at least one vehicle under your fictitious name and

6    using a third-party's Social Security number in order to

7    hide the ownership and control of the car?

8              THE DEFENDANT:  Yes.

9              THE COURT:  And do you admit that the total amount

10   of illegal funds laundered in the course of this conspiracy

11   with which you're charged and for which you had actual

12   knowledge and involvement was over $3,500,000?

13             THE DEFENDANT:  Yes.

14             THE COURT:  And do you possess an unregistered and

15   untraceable ghost firearm and also another firearm with an

16   obliterated serial number at the Pamplona property?

17             THE DEFENDANT:  Yes.

18             THE COURT:  And did you have those two guns in

19   connection with the underlying money laundering offense?

20             THE DEFENDANT:  Yes.

21             THE COURT:  And do you agree that your

22   participation in these previously described acts was in all

23   respects voluntary, knowing, intentional, and willful

24   reflecting an intention and deliberation to do something the

25   law forbids, and it was not in any way the product of

1    accident, mistake of law or fact, duress, entrapment, or

2    public authority?

3                THE DEFENDANT:  Yes.

4                THE COURT:  All right.  You may be seated.

5                I'll ask government counsel to step forward and

6    describe the elements of the offense against Mr. Gutierrez.

7                And, Mr. Gutierrez, please listen carefully

8    because I'm going to ask you afterwards whether you fully

9    understand the charge against you.

10               You may proceed.

11               MR. MEISEL:  Your Honor, as to Count 2 of the

12   information, the elements of the charge of money laundering

13   conspiracy are that the defendant knowingly, intentionally,

14   and willfully conspired or agreed with others to commit

15   offenses under Title 18 U.S. Code 1956(a)(2)(B)(i), that he

16   knowingly transported, transmitted, and transferred and

17   attempted or -- and attempted to transport, transmit, and

18   transfer a monetary instrument and funds to a place in the

19   United States from or through a place outside the United

20   States, and those monetary instruments and funds represented

21   the proceeds of specified unlawful activity, to wit

22   narcotics trafficking, in violation of Title 21 U.S. Code

23   Sections 952, 959, 960, and 963; that the defendant knew

24   that such a transportation, transmission, and transfer was

25   designed in whole and in part to conceal and disguise the

1    nature, location, source, and ownership and control of the

2    proceeds of this specified unlawful activity; and that while

3    conducting and attempting to conduct such transportation,

4    transmission, and transfer, knowing that the property

5    involved the transportation, transmission, and transfer

6    represented proceeds of some form of unlawful activity.

7        THE COURT:  And, Mr. Colombo, do you agree that

8    those are the elements of the offense?

9        MR. COLOMBO:  Yes, I do, Your Honor.

10       THE COURT:  And, Mr. Gutierrez, do you fully

11   understand the charge against you?

12       THE DEFENDANT:  Yes.

13       THE COURT:  And, Government Counsel, one more

14   question.  Does the plea agreement that's dated June 19th,

15   that's when the defendant signed it, does it reflect the

16   most lenient plea offer extended to Mr. Gutierrez in this

17   case?

18       MR. MEISEL:  It does, Your Honor.

19       THE COURT:  All right.  You may be seated.

20       MR. MEISEL:  Thank you, Your Honor.

21       THE COURT:  And, Mr. Colombo, could you please

22   outline the most salient terms, principal terms, of the plea

23   agreement, please.

24       MR. COLOMBO:  Yes, Your Honor.  I believe the most

25   salient terms in the plea agreement would be in exchange for

1  a plea to Count 2 of the information, which is a money

2  laundering count, at the time of sentencing the government

3  would dismiss the drug trafficking count, which is Count 1

4  of the indictment.

5       In addition, the parties agree to a criminal

6  history of Category 1 with an adjusted offense level with a

7  range of 135 to 168 months custody.  The ceiling on what the

8  government could recommend would be 168 months custody;

9  however, the defendant reserves the right to request a

10  variance as appropriate under 3553(a).

11       I think -- in addition, there's criminal

12  forfeiture as a result, and Mr. Gutierrez-Ochoa agrees to

13  forfeit all of the property listed in Paragraph 5A through

14  -- Subsets A through L.

15       I think that would cover the pertinent parts of

16  the agreement, Your Honor --

17            THE COURT:  I agree.

18            MR. COLOMBO:  -- that Your Honor hasn't covered

19  yet.

20            THE COURT:  All right.  Thank you.

21       And why don't you remain up there, Mr. Colombo.

22  And, Mr. Gutierrez, could you come back to the podium.

23       And, Mr. Gutierrez, do you have any questions

24  about the terms of the plea agreement?

25            THE DEFENDANT:  No.

1          THE COURT:  Do you fully understand the plea

2     agreement terms that you've signed?

3          THE DEFENDANT:  Yes.

4          THE COURT:  And do you feel that you've had plenty

5     of time to talk to your lawyer about the plea agreement

6     before you signed it?

7          THE DEFENDANT:  Yes.

8          THE COURT:  And do you understand that if the

9     sentence is more severe than you expected, that you'll still

10    be bound by your plea and will have no right to withdraw it?

11         THE DEFENDANT:  Yes.

12         THE COURT:  Now, I know the plea agreement sets

13    out the penalties that you would face under both the statute

14    and the guidelines that apply -- the guidelines manual that

15    applies to your case, but this is such an important

16    consideration for you to make before you enter a plea of

17    guilty I'm required to also review those penalties with you

18    to make sure you understand them.

19         So for a conviction of the money laundering

20    offense in violation of 18 USC Section 1956(h) and

21    1956(a)(2)(B)(i), you face a maximum sentence of 20 years

22    imprisonment, a maximum fine of -- in accordance with the

23    provisions of Title 18 or $500,000, whichever is greater, a

24    maximum term of supervised release of three years, and a

25    special assessment of $100.

1          Do you understand that those are the penalties you

2     face?

3          THE DEFENDANT:  Yes.

4          THE COURT:  And do you understand that as part of

5     your sentence I could order you to pay restitution to any

6     victim of your offense for damages resulting from your

7     offense conduct?

8          THE DEFENDANT:  Yes.

9          THE COURT:  And do you understand that because of

10    your conviction you are also subject to forfeiture of

11    property sufficiently connected to your offense or proceeds

12    derived from your offense?

13         THE DEFENDANT:  Yes.

14         THE COURT:  And do you also understand that you

15    have agreed to forfeit a whole list of items that are set

16    out in Paragraph 5 of your plea agreement?

17         THE DEFENDANT:  Yes.

18         THE COURT:  In determining your sentence, I'm also

19    obligated to calculate and consider the guideline range that

20    applies to your case as determined by application of the

21    guidelines manual.

22         Now, your plea agreement estimates a certain

23    adjusted offense level and sets out what the parties believe

24    the sentencing range will be.  This is not binding on this

25    Court, and I will come to my own determination about how the

1    guidelines apply in your case.  But based on what the

2    parties have in good faith estimated your sentencing range

3    to be, they've done that based upon a base offense level of

4    26 under the guideline at 2S1.1(a)(2) and 2B1.1(b)(1)(J)

5    because you're accountable for laundered funds in excess of

6    $3.5 million.

7         You would also be subject to a six-level increase

8    under the guideline at 2S1.1(b)(1) added to the base offense

9    level of 6 because you knew the laundered funds included

10   proceeds of an offense involving the manufacture,

11   importation, or distribution of a controlled substance.

12        Your offense level would be increased by two

13   additional levels under the guideline at 2S1.1(b)(2)(B)

14   because of the conviction under 18 USC Section 1956, another

15   two offense levels under the guideline at 2S1.1(b)(3)

16   because of the use of sophisticated laundering of money, and

17   because you have admitted to possession of firearms in

18   connection with the offense, you would be ineligible for a

19   zero point offender reduction in your offense level under

20   Section 4C1.1(a)(7).

21        And if you demonstrate clearly acceptance of

22   responsibility and timely notice of your intention to enter

23   a plea of guilty, you would be entitled to a reduction of

24   three offense levels, which results in a total adjusted

25   offense level of 33, which in combination with the criminal

1    history category of 1, because we have no indication that

2    you have prior criminal convictions, that would result in a

3    guidelines sentencing range of 135 to 168 months

4    imprisonment.

5             Do you understand that?

6             THE DEFENDANT:  Yes.

7             THE COURT:  And do you also understand that under

8    the plea agreement the government has agreed not to seek a

9    term of imprisonment greater than the top of that guidelines

10   range of 168 months?

11            THE DEFENDANT:  Yes.

12            THE COURT:  Now, the probation office will closely

13   examine any criminal history that you have.  If they

14   determine that you do have a prior criminal conviction, that

15   will affect your criminal history score and could affect

16   your criminal history category under the guidelines.  And if

17   you do have a higher criminal history category than a

18   Criminal History Category 1, then that will increase the

19   severity of the sentencing range that applies to your case.

20            Do you understand that?

21            THE DEFENDANT:  Yes.

22            THE COURT:  And do you understand that what is set

23   out in the plea agreement that I've just reviewed with you

24   is only an estimate of how the guidelines will apply in your

25   case?

1          THE DEFENDANT:  Yes.

2          THE COURT:  Now, in determining your sentence, in

3    addition to looking at what the statute of conviction finds

4    and what the guidelines provide, I'm also required to look

5    at a different statute codified at 18 USC Section 3553(a),

6    and that statute requires that sentencing judges consider

7    the nature and circumstances of the offense and history and

8    characteristics of you, the need for a sentence imposed to

9    reflect the seriousness of the offense, promote respect for

10   the law, provide for just punishment, afford adequate

11   deterrence to criminal conduct and protect the public from

12   further crimes by you, Mr. Gutierrez, the kinds of sentences

13   available, the need to avoid unwarranted sentencing

14   disparities among defendants with similar records found

15   guilty of similar offense conduct, and a number of other

16   factors.

17          Do you understand that I have to consider all of

18   those sentencing factors in fashioning an appropriate

19   sentence in your case?

20          THE DEFENDANT:  Yes.

21          THE COURT:  Now, has anyone, including your

22   attorney, any law enforcement agents with whom you've come

23   in contact, the prosecutor, or anybody else promised or

24   suggested to you that merely because you're pleading guilty

25   that I will give you a lighter sentence?

1          THE DEFENDANT:  No.

2          THE COURT:  Has anyone forced, threatened, or

3    coerced you in any way into entering a plea of guilty?

4          THE DEFENDANT:  No.

5          THE COURT:  Are you entering this plea of guilty

6    voluntarily and of your own free will because you are guilty

7    and for no other reason?

8          THE DEFENDANT:  Yes.

9          THE COURT:  Now, I'm ready to accept your guilty

10   plea, Mr. Gutierrez, at this time, but I want you to

11   understand that it is very hard to withdraw a guilty plea.

12   So you can't change your mind if I decide to accept the plea

13   agreement and your plea today.

14          Do you want me to accept your plea of guilty to

15   the charge in the information at this time?

16          THE DEFENDANT:  Yes.

17          THE COURT:  Mr. Gutierrez, how do you now plead to

18   Count 2 of the information charging you with knowingly,

19   intentionally, and willfully conspiring with others to

20   conduct and attempt to conduct concealment money laundering

21   involving proceeds of narcotics trafficking in violation of

22   18 USC Sections 1956(h) and 1956(a)(2)(B)(i), guilty or not

23   guilty?

24          THE DEFENDANT:  Guilty.

25          THE COURT:  Okay.  I'm satisfied that

1    Mr. Gutierrez is fully competent and capable of making a

2    decision today, he understands the nature of the charge, he

3    understands the consequences of the plea and the penalties

4    he would face.  He understands the rights that he's giving

5    up, and I do find that there is an adequate factual basis

6    for his plea.  I, therefore, do accept his plea of guilty to

7    the charge in Count 2 of the information, and you may be

8    seated.

9            I suggest for a sentencing date September 19,

10   2025.  If counsel could check your schedules for that date?

11           MR. COLOMBO:  Your Honor, the parties have met and

12   conferred and would request jointly October 24th, if that's

13   available to the Court.

14           THE COURT:  October 24th works.  Are you still

15   conferring?

16           MR. MEISEL:  We are, Your Honor.  I apologize.

17           THE COURT:  Okay.  That's all right.

18           MR. COLOMBO:  November 7th, Your Honor?

19           THE COURT:  November 7th?

20           MR. COLOMBO:  Yes.

21           THE COURT:  That looks fine, too.  So we'll put

22   this down for 9:30 for a sentencing date.

23           MR. MEISEL:  Thank you, Your Honor.

24           MR. COLOMBO:  Thank you.

25           THE COURT:  Is there anything else to address

1    today from the government?

2                MR. MEISEL:  No, Your Honor.

3                THE COURT:  And Mr. Colombo?

4                MR. COLOMBO:  No, Your Honor.  Thank you.

5                THE COURT:  Thank you.  You're all excused.

6                     (Whereupon the hearing was

7                      adjourned at 10:32 a.m.)

8

9                **CERTIFICATE OF OFFICIAL COURT REPORTER**

10

11                I, LISA A. MOREIRA, RDR, CRR, do hereby

12    certify that the above and foregoing constitutes a true and

13    accurate transcript of my stenographic notes and is a full,

14    true and complete transcript of the proceedings to the best

15    of my ability.

16        Dated this 7th day of July, 2025.

17

18                              /s/Lisa A. Moreira, RDR, CRR
                                Official Court Reporter
19                              United States Courthouse
                                Room 6718
20                              333 Constitution Avenue, NW
                                Washington, DC 20001
21

22

23

24

25

## $

**$100** [1] - 23:25
**$3,500,000** [1] - 19:12
**$500,000** [1] - 23:23

## /

**/s/Lisa** [1] - 30:18

## 1

**1** [5] - 14:3, 22:3, 22:6, 26:1, 26:18
**1.2** [2] - 17:11, 17:14
**105** [1] - 1:19
**10:32** [1] - 30:7
**11** [1] - 11:24
**11F** [1] - 11:21
**12** [2] - 8:8, 9:1
**135** [2] - 22:7, 26:3
**145** [1] - 1:14
**16** [1] - 8:9
**168** [4] - 22:7, 22:8, 26:3, 26:10
**18** [9] - 3:4, 11:2, 11:9, 20:15, 23:20, 23:23, 25:14, 27:5, 28:22
**19** [1] - 29:9
**1956** [1] - 25:14
**1956(a)(2)(B)(i** [3] - 20:15, 23:21, 28:22
**1956(a)(2)(B)(i)** [1] - 3:5
**1956(h** [3] - 3:4, 23:20, 28:22
**19th** [1] - 21:14
**1:25-cr-00035-BAH-1** [1] - 1:4

## 2

**2** [6] - 2:25, 14:21, 20:11, 22:1, 28:18, 29:7
**2.2** [1] - 18:18
**20** [3] - 1:4, 3:1, 23:21
**20001** [2] - 1:24, 30:21
**2003** [1] - 13:21
**202** [2] - 1:15, 1:24
**2023** [2] - 17:11, 18:15
**2024** [3] - 8:3, 13:21, 18:15
**2025** [3] - 1:4, 29:10, 30:16
**20530** [1] - 1:15
**21** [1] - 20:22
**2255** [1] - 11:15
**2300** [1] - 1:14
**236-1704** [1] - 1:20
**24th** [2] - 29:12, 29:14

## 25-035

**25-035** [1] - 2:3
**26** [1] - 25:4
**27** [1] - 4:16
**28** [1] - 11:15
**2B1.1(b)(1)(J** [1] - 25:4
**2S1.1(a)(2** [1] - 25:4
**2S1.1(b)(1** [1] - 25:8
**2S1.1(b)(2)(B** [1] - 25:13
**2S1.1(b)(3** [1] - 25:15

## 3

**3.5** [1] - 25:6
**33** [1] - 25:25
**333** [2] - 1:23, 30:20
**354-3187** [1] - 1:24
**3553(a** [1] - 27:5
**3553(a)** [2] - 11:9, 22:10
**3742** [1] - 11:2

## 4

**410** [1] - 11:20
**48** [1] - 6:9
**4C1.1(a)(7)** [1] - 25:20

## 5

**5** [3] - 13:11, 13:15, 24:16
**598-2281** [1] - 1:15
**5A** [1] - 22:13
**5K2.0** [1] - 11:7

## 6

**6** [2] - 10:19, 25:9
**619** [1] - 1:20
**6718** [2] - 1:23, 30:20

## 7

**7** [3] - 10:20, 11:11, 11:23
**7th** [3] - 29:18, 29:19, 30:16

## 9

**92101** [1] - 1:19
**952** [1] - 20:23
**959** [1] - 20:23
**960** [1] - 20:23
**963** [1] - 20:23
**9:30** [1] - 29:22
**9:50** [1] - 1:5

## A

**a.m** [2] - 1:5, 30:7

## ability

**ability** [2] - 6:10, 30:15
**able** [1] - 4:24
**accept** [7] - 6:22, 7:14, 12:10, 28:9, 28:12, 28:14, 29:6
**acceptance** [1] - 25:21
**accepted** [1] - 12:6
**accident** [1] - 20:1
**accordance** [1] - 23:22
**accountable** [1] - 25:5
**accurate** [1] - 30:13
**accurately** [1] - 13:18
**Acknowledgement** [1] - 13:15
**Action** [1] - 1:3
**activities** [4] - 17:3, 17:7, 17:10, 18:11
**activity** [5] - 14:9, 14:12, 20:21, 21:2, 21:6
**acts** [1] - 19:22
**actual** [1] - 19:11
**added** [1] - 25:8
**addiction** [1] - 6:14
**addition** [2] - 22:5, 22:11, 27:3
**additional** [1] - 25:13
**address** [1] - 29:25
**adequate** [2] - 27:10, 29:5
**adjourned** [1] - 30:7
**adjusted** [3] - 22:6, 24:23, 25:24
**administer** [1] - 4:3
**admissibility** [1] - 11:22
**admit** [1] - 19:9
**admitted** [2] - 10:24, 25:17
**affect** [3] - 6:9, 26:15
**afford** [1] - 27:10
**afterwards** [1] - 20:8
**Agent** [1] - 2:13
**agents** [1] - 27:22
**agree** [6] - 13:23, 17:6, 19:21, 21:7, 22:5, 22:17
**agreed** [3] - 20:14, 24:15, 26:8
**agreeing** [1] - 10:21
**agreement** [24] - 5:12, 5:15, 5:21, 10:18, 10:21, 11:11, 11:13, 12:4, 12:5, 12:6, 16:9, 21:14, 21:23, 21:25, 22:16, 22:24, 23:2, 23:5, 23:12, 24:16, 24:22, 26:8, 26:23, 28:13

## agrees

**agrees** [1] - 22:12
**alcohol** [1] - 6:8
**alone** [1] - 10:10
**America** [1] - 2:3
**AMERICA** [1] - 1:3
**American** [1] - 7:13
**amount** [1] - 19:9
**answer** [6] - 3:22, 4:7, 7:18, 7:20, 15:4, 16:1
**answers** [1] - 4:9
**Anthony** [1] - 2:16
**ANTHONY** [2] - 1:17, 2:16
**anthonycolombolegal@gmail.com** [1] - 1:20
**apologize** [1] - 29:16
**appeal** [4] - 10:15, 10:16, 10:19, 11:1
**Appeal** [1] - 10:20
**Appeals** [1] - 10:15
**appear** [1] - 18:3
**APPEARANCES** [1] - 1:12
**appearing** [1] - 2:16
**applicable** [1] - 11:6
**application** [1] - 24:20
**applies** [3] - 23:15, 24:20, 26:19
**apply** [3] - 23:14, 25:1, 26:24
**appoint** [1] - 9:13
**appreciate** [1] - 7:25
**appropriate** [3] - 15:3, 22:10, 27:18
**appropriately** [1] - 7:7
**argument** [2] - 10:21, 10:24
**arrest** [2] - 18:15, 18:17
**assessment** [1] - 23:25
**assume** [1] - 16:24
**assure** [1] - 3:13
**attack** [1] - 11:14
**attempt** [3] - 3:2, 13:24, 28:20
**attempted** [2] - 20:17
**attempting** [2] - 14:9, 21:3
**attorney** [2] - 13:9, 27:22
**attorneys** [2] - 6:17, 6:20
**authority** [1] - 20:2
**authorized** [1] - 5:10
**automatic** [1] - 13:1
**available** [2] - 27:13,

## (continued)

29:13
**Avenue** [2] - 1:23, 30:20
**avoid** [1] - 27:13
**Azul** [4] - 17:19, 17:21, 17:25, 18:3

## B

**base** [2] - 25:3, 25:8
**based** [3] - 11:8, 25:1, 25:3
**basis** [1] - 29:5
**becomes** [1] - 11:16
**BEFORE** [1] - 1:10
**behalf** [2] - 2:16, 9:24
**BERYL** [1] - 1:10
**best** [1] - 30:14
**beyond** [1] - 10:10
**binding** [1] - 24:24
**bit** [1] - 7:16
**born** [1] - 5:24
**bottom** [1] - 16:11
**bound** [1] - 23:10
**box** [1] - 9:2
**brought** [1] - 9:17
**bulk** [1] - 18:19
**burden** [1] - 10:10
**business** [1] - 18:3

## C

**CA** [1] - 1:19
**calculate** [1] - 24:19
**California** [1] - 17:16
**cannot** [2] - 10:4, 10:5
**capable** [2] - 7:9, 29:1
**car** [1] - 19:7
**carefully** [1] - 20:7
**Cartel** [1] - 14:15
**Case** [1] - 2:3
**case** [15] - 6:17, 6:20, 6:21, 8:2, 8:13, 8:21, 9:1, 13:19, 21:17, 23:15, 24:20, 25:1, 26:19, 26:25, 27:19
**Category** [2] - 22:6, 26:18
**category** [3] - 26:1, 26:16, 26:17
**ceiling** [1] - 22:7
**certain** [2] - 11:19, 24:22
**CERTIFICATE** [1] - 30:9
**certify** [1] - 30:12
**change** [1] - 28:12
**characteristics** [1] - 27:8
**charge** [9] - 3:13, 7:23,

8:10, 20:9, 20:12, 21:11, 28:15, 29:2, 29:7
**charged** [2] - 9:5, 19:11
**charges** [3] - 8:5, 8:25, 9:7
**charging** [1] - 28:18
**check** [1] - 29:10
**chose** [1] - 10:9
**circumstances** [1] - 27:7
**citizen** [1] - 6:4
**citizens** [1] - 9:1
**citizenship** [1] - 6:6
**civil** [2] - 12:13, 12:17
**CJNG** [17] - 14:15, 14:22, 14:23, 15:7, 15:13, 15:17, 15:22, 16:1, 16:15, 17:11, 17:14, 17:22, 17:24, 18:11, 18:18, 19:1, 19:4
**CJNG's** [4] - 15:9, 16:16, 17:3, 18:5
**clearly** [1] - 25:21
**closely** [1] - 26:12
**closer** [1] - 5:8
**co** [1] - 2:16
**co-counsel** [1] - 2:16
**Coast** [1] - 2:19
**Coates** [1] - 4:3
**cocaine** [1] - 15:18
**Code** [2] - 20:15, 20:22
**codified** [1] - 27:5
**coerced** [1] - 28:3
**collateral** [1] - 11:14
**Colombo** [10] - 2:16, 3:6, 5:2, 5:18, 6:24, 15:25, 21:7, 21:21, 22:21, 30:3
**COLOMBO** [16] - 1:17, 3:8, 5:5, 5:9, 7:2, 14:19, 15:2, 16:4, 21:9, 21:24, 22:18, 29:11, 29:18, 29:20, 29:24, 30:4
**Columbia** [1] - 9:2
**COLUMBIA** [1] - 1:1
**COLUMBO** [1] - 1:18
**combination** [1] - 25:25
**commit** [1] - 20:14
**committed** [2] - 8:10, 8:11
**competency** [2] - 6:25, 7:4
**competent** [2] - 7:9, 29:1

**complete** [1] - 30:14
**completed** [1] - 5:13
**completely** [1] - 6:16
**conceal** [3] - 14:7, 16:21, 20:25
**concealing** [1] - 18:4
**concealment** [2] - 3:2, 28:20
**conduct** [13] - 3:2, 10:24, 13:7, 14:10, 16:14, 16:18, 21:3, 24:7, 27:11, 27:15, 28:20
**conducting** [1] - 21:3
**confer** [3] - 3:23, 14:25, 16:3
**conferred** [1] - 29:12
**conferring** [1] - 29:15
**confront** [1] - 9:16
**confused** [3] - 16:5, 16:6, 16:11
**connected** [2] - 15:9, 24:11
**connection** [3] - 5:22, 19:19, 25:18
**consequences** [1] - 29:3
**consider** [4] - 8:5, 24:19, 27:6, 27:17
**consideration** [2] - 11:8, 23:16
**conspiracy** [5] - 14:14, 14:22, 15:6, 19:10, 20:13
**conspire** [1] - 13:22
**conspired** [1] - 20:14
**conspiring** [2] - 3:1, 28:19
**constitutes** [1] - 30:12
**Constitution** [2] - 1:23, 30:20
**constitutional** [3] - 3:16, 7:12, 12:12
**contact** [1] - 27:23
**control** [5] - 14:8, 16:22, 18:5, 19:7, 21:1
**controlled** [2] - 17:22, 25:11
**controls** [1] - 15:13
**convicted** [3] - 10:14, 12:20, 12:22
**conviction** [7] - 6:4, 10:15, 23:19, 24:10, 25:14, 26:14, 27:3
**convictions** [1] - 26:2
**correct** [2] - 3:6, 3:8
**counsel** [8] - 2:10, 2:12, 2:16, 3:10, 7:3, 9:13, 20:5, 29:10

**Counsel** [1] - 21:13
**Count** [6] - 2:25, 20:11, 22:1, 22:3, 28:18, 29:7
**count** [2] - 22:2, 22:3
**country** [1] - 6:1
**course** [3] - 14:21, 15:6, 19:10
**COURT** [114] - 1:1, 2:14, 2:18, 2:21, 2:23, 3:9, 4:2, 4:6, 4:13, 4:15, 4:17, 4:19, 4:21, 4:24, 5:2, 5:7, 5:16, 5:24, 6:1, 6:3, 6:8, 6:12, 6:16, 6:19, 6:24, 7:3, 7:6, 7:22, 8:15, 8:20, 8:23, 9:10, 9:15, 9:20, 10:2, 10:8, 10:13, 10:18, 11:13, 11:19, 12:3, 12:9, 12:19, 12:24, 13:4, 13:11, 13:17, 13:21, 14:5, 14:14, 14:17, 14:20, 15:5, 15:9, 15:12, 15:16, 15:21, 15:25, 16:13, 16:18, 16:24, 17:2, 17:6, 17:9, 17:14, 17:18, 17:21, 17:24, 18:2, 18:7, 18:10, 18:14, 18:17, 18:21, 18:24, 19:4, 19:9, 19:14, 19:18, 19:21, 20:4, 21:7, 21:10, 21:13, 21:19, 21:21, 22:17, 22:20, 23:1, 23:4, 23:8, 23:12, 24:4, 24:9, 24:14, 24:18, 26:7, 26:12, 26:22, 27:2, 27:21, 28:2, 28:5, 28:9, 28:17, 28:25, 29:14, 29:17, 29:19, 29:21, 29:25, 30:3, 30:5, 30:9
**court** [1] - 9:23
**Court** [12] - 1:22, 1:22, 5:10, 5:11, 9:13, 10:15, 11:3, 11:5, 12:6, 24:25, 29:13, 30:19
**Courthouse** [2] - 1:23, 30:19
**COURTROOM** [1] - 2:2
**cover** [1] - 22:15
**covered** [1] - 22:18
**crime** [2] - 9:5, 12:22
**crimes** [1] - 27:12
**criminal** [11] - 13:7,

22:5, 22:11, 25:25, 26:2, 26:13, 26:14, 26:15, 26:16, 26:17, 27:11
**Criminal** [4] - 1:3, 2:3, 11:21, 26:18
**Cristian** [2] - 2:3, 4:14
**CRISTIAN** [1] - 1:6
**CRM** [1] - 1:13
**cross** [1] - 9:16
**CRR** [3] - 1:22, 30:11, 30:18
**currency** [1] - 18:19, 18:21
**custody** [2] - 22:7, 22:8

## D

**D.C** [1] - 1:15
**damages** [1] - 24:6
**Dangerous** [1] - 1:14
**date** [3] - 29:9, 29:10, 29:22
**Dated** [1] - 30:16
**dated** [1] - 21:14
**DC** [2] - 1:24, 30:21
**de** [1] - 14:15
**December** [1] - 8:3
**decide** [1] - 28:12
**decided** [1] - 8:6
**decision** [1] - 29:2
**DEFENDANT** [89] - 2:22, 4:1, 4:12, 4:14, 4:16, 4:18, 4:20, 4:23, 5:1, 5:23, 5:25, 6:2, 6:7, 6:11, 6:15, 6:18, 6:23, 7:21, 8:14, 8:19, 8:22, 9:9, 9:14, 9:19, 10:1, 10:7, 10:12, 10:17, 11:12, 11:18, 12:2, 12:8, 12:18, 12:23, 13:3, 13:10, 13:16, 13:20, 14:4, 14:13, 14:16, 14:18, 15:1, 15:8, 15:11, 15:15, 15:20, 15:24, 16:17, 16:23, 17:1, 17:5, 17:8, 17:13, 17:17, 17:20, 17:23, 18:1, 18:6, 18:9, 18:13, 18:16, 18:20, 18:23, 19:3, 19:8, 19:13, 19:17, 19:20, 20:3, 21:12, 22:25, 23:3, 23:7, 23:11, 24:3, 24:8, 24:13, 24:17, 26:6, 26:11, 26:21, 27:1, 27:20, 28:1,

28:4, 28:8, 28:16, 28:24
**Defendant** [2] - 1:7, 1:17
**defendant** [8] - 4:5, 10:23, 11:4, 14:22, 20:13, 20:23, 21:15, 22:9
**Defendant's** [2] - 11:25, 13:15
**defendants** [1] - 27:14
**defense** [1] - 9:23
**deliberation** [1] - 19:24
**demand** [1] - 9:22
**demonstrate** [1] - 25:21
**denial** [1] - 6:6
**departs** [1] - 11:5
**deportation** [1] - 6:5
**deprive** [1] - 12:12
**DEPUTY** [1] - 2:2
**derived** [1] - 24:12
**describe** [4] - 5:3, 7:12, 13:18, 20:6
**described** [2] - 5:17, 19:22
**describes** [1] - 13:6
**designed** [3] - 14:6, 16:20, 20:25
**determination** [1] - 24:25
**determine** [2] - 9:4, 26:14
**determined** [2] - 11:2, 24:20
**determining** [2] - 24:18, 27:2
**deterrence** [1] - 27:11
**Diego** [1] - 1:19
**different** [1] - 27:5
**difficulty** [1] - 4:21
**directing** [1] - 14:20
**discussed** [2] - 13:8, 16:8
**discussions** [1] - 11:23
**disguise** [3] - 14:7, 16:21, 20:25
**disguising** [1] - 18:4
**dismiss** [1] - 22:3
**disparities** [1] - 27:14
**distribution** [1] - 25:11
**District** [1] - 9:1
**DISTRICT** [3] - 1:1, 1:1, 1:10
**disturbance** [1] - 6:14
**docketed** [1] - 3:1
**document** [6] - 7:23, 8:15, 8:18, 13:5,

13:8, 13:12
**DOJ** [1] - 1:13
**DOJ-CRM** [1] - 1:13
**done** [1] - 25:3
**doubt** [1] - 10:11
**Douglas** [1] - 2:11
**DOUGLAS** [1] - 1:13
**douglas.meisel@
usdoj.gov** [1] - 1:16
**down** [1] - 29:22
**drug** [12] - 15:13,
16:16, 16:19, 16:22,
17:11, 17:14, 17:22,
18:5, 18:18, 19:1,
19:4, 22:3
**Drug** [1] - 1:14
**drugs** [3] - 6:8, 6:14,
15:19
**duress** [1] - 20:1
**during** [3] - 11:22,
14:14, 15:5
**During** [1] - 14:21

**E**

**East** [1] - 2:19
**ECF** [1] - 3:1
**EDWARD** [1] - 1:18
**either** [2] - 7:17, 7:19
**elements** [3] - 20:6,
20:12, 21:8
**emotional** [1] - 6:13
**enforcement** [1] -
27:22
**English** [1] - 4:25
**enhanced** [1] - 12:21
**enter** [5] - 2:24, 6:25,
7:4, 23:16, 25:22
**entering** [6] - 3:15,
7:9, 7:22, 12:19,
28:3, 28:5
**entirety** [1] - 5:12
**entitled** [1] - 25:23
**entity** [1] - 17:21
**entrapment** [1] - 20:1
**ESQ** [3] - 1:13, 1:17,
1:18
**estimate** [1] - 26:24
**estimated** [1] - 25:2
**estimates** [1] - 24:22
**evidence** [6] - 6:20,
8:8, 9:3, 9:24, 10:3,
10:5
**Evidence** [2] - 11:20
**examine** [2] - 9:17,
26:13
**except** [1] - 11:3
**excess** [1] - 25:5
**exchange** [1] - 21:25
**exclusion** [1] - 6:5

**excused** [1] - 30:5
**executed** [1] - 7:25
**expansive** [1] - 15:22
**expected** [1] - 23:9
**explain** [1] - 15:25
**extended** [1] - 21:16
**extent** [1] - 11:3

**F**

**face** [6] - 3:14, 12:21,
23:13, 23:21, 24:2,
29:4
**fact** [1] - 20:1
**factors** [3] - 11:8,
27:16, 27:18
**Facts** [2] - 13:5, 13:18
**factual** [1] - 29:5
**fairly** [1] - 13:18
**faith** [1] - 25:2
**fall** [1] - 10:25
**false** [2] - 4:8, 4:9
**far** [1] - 4:17
**fashioning** [1] - 27:18
**Federal** [3] - 11:20,
11:21
**felony** [2] - 12:10,
12:20
**FERNANDO** [1] - 1:6
**Fernando** [2] - 2:4,
4:14
**fictitious** [3] - 16:24,
18:8, 19:5
**filed** [2] - 3:1, 9:8
**financial** [2] - 16:15,
16:19
**fine** [3] - 7:21, 23:22,
29:21
**firearm** [2] - 12:15,
19:15
**firearms** [1] - 25:17
**first** [3] - 2:10, 4:2,
15:25
**Floor** [1] - 1:19
**FOR** [1] - 1:1
**forbids** [1] - 19:25
**forced** [2] - 10:4, 28:2
**foregoing** [1] - 30:12
**forfeit** [2] - 22:13,
24:15
**forfeiture** [2] - 22:12,
24:10
**form** [2] - 13:6, 21:6
**forth** [1] - 11:9
**forward** [3] - 2:8, 3:10,
20:5
**free** [1] - 28:6
**Friday** [1] - 1:4
**full** [2] - 4:13, 30:13
**fully** [6] - 7:8, 13:8,

20:8, 21:10, 23:1,
29:1
**funds** [7] - 13:25, 14:2,
19:10, 20:18, 20:20,
25:5, 25:9
**furtherance** [2] -
14:21, 15:6
**future** [1] - 12:22

**G**

**Generacion** [1] - 14:15
**ghost** [1] - 19:15
**Government** [1] -
21:13
**government** [13] -
2:10, 7:3, 8:7, 9:3,
9:4, 13:4, 13:6,
14:25, 20:5, 22:2,
22:8, 26:8, 30:1
**government's** [1] -
10:10
**graduate** [1] - 4:19
**grand** [5] - 8:4, 8:8,
8:9, 8:13, 8:21
**greater** [2] - 23:23,
26:9
**guideline** [5] - 24:19,
25:4, 25:8, 25:13,
25:15
**guidelines** [11] - 11:6,
11:7, 23:14, 24:21,
25:1, 26:3, 26:9,
26:16, 26:24, 27:4
**guilt** [4] - 9:5, 10:5,
10:10, 10:15
**guilty** [28] - 2:25, 3:15,
6:25, 7:14, 7:23,
8:24, 9:7, 10:23,
12:4, 12:10, 12:11,
12:20, 12:25, 23:17,
25:23, 27:15, 27:24,
28:3, 28:5, 28:6,
28:9, 28:11, 28:14,
28:22, 28:23, 28:24,
29:6
**guns** [1] - 19:18
**GUTIERREZ** [1] - 1:6
**Gutierrez** [29] - 2:4,
2:17, 2:21, 2:24, 3:9,
3:11, 4:4, 4:14, 4:15,
5:6, 5:12, 5:16, 7:6,
7:11, 13:13, 13:14,
15:5, 16:14, 20:6,
20:7, 21:10, 21:16,
22:12, 22:22, 22:23,
27:12, 28:10, 28:17,
29:1
**Gutierrez's** [1] - 6:25
**Gutierrez-Ochoa** [8] -

2:4, 2:17, 2:21, 2:24,
4:14, 5:6, 5:12,
22:12
**GUTIERREZ-OCHOA**
[1] - 1:6

**H**

**hard** [1] - 28:11
**hearing** [5] - 2:24,
7:10, 7:11, 11:23,
30:6
**HEARING** [1] - 1:9
**held** [1] - 17:19
**HELD** [1] - 1:10
**help** [1] - 10:16
**hereby** [1] - 30:11
**hesitate** [1] - 3:19
**hide** [1] - 19:7
**high** [2] - 4:18, 4:19
**higher** [1] - 26:17
**history** [7] - 22:6,
26:1, 26:13, 26:15,
26:16, 26:17, 27:7
**History** [1] - 26:18
**hold** [3] - 7:13, 8:17,
12:14
**holding** [1] - 13:12
**Honor** [25] - 2:2, 2:5,
2:11, 2:15, 2:20, 3:8,
5:5, 7:2, 7:5, 14:19,
15:3, 16:5, 20:11,
21:9, 21:18, 21:20,
21:24, 22:16, 22:18,
29:11, 29:16, 29:18,
29:23, 30:2, 30:4
**HONORABLE** [1] -
1:10
**hours** [1] - 6:9
**HOWELL** [1] - 1:10

**I**

**identify** [1] - 2:9
**identity** [2] - 16:25,
18:8
**illegal** [1] - 19:10
**illicit** [1] - 15:17
**illness** [1] - 6:13
**immigration** [1] - 6:6
**important** [1] - 23:15
**importation** [1] - 25:11
**imports** [1] - 15:17
**imposed** [1] - 27:8
**imprisonment** [4] -
11:4, 23:22, 26:4,
26:9
**IN** [1] - 1:1
**include** [1] - 17:10
**included** [1] - 25:9

**including** [3] - 15:18,
19:1, 27:21
**incorrect** [1] - 14:24
**increase** [2] - 25:7,
26:18
**increased** [2] - 12:21,
25:12
**incriminate** [1] - 10:4
**indicated** [3] - 15:4,
16:6, 16:8
**indication** [1] - 26:1
**indictment** [5] - 8:1,
8:6, 8:13, 8:21, 22:4
**Indictment** [1] - 8:16
**ineligible** [1] - 25:18
**information** [13] -
2:25, 7:24, 8:5, 8:7,
8:25, 9:5, 9:8, 11:16,
20:12, 22:1, 28:15,
28:18, 29:7
**informed** [1] - 7:9
**initial** [1] - 16:9
**initials** [1] - 16:10
**innocent** [1] - 10:9
**insofar** [1] - 10:22
**instrument** [3] - 13:25,
14:2, 20:18
**instruments** [1] -
20:20
**intention** [2] - 19:24,
25:22
**intentional** [1] - 19:23
**intentionally** [3] -
13:22, 20:13, 28:19
**interpreter** [1] - 5:10
**Interpreters** [1] - 2:5
**involved** [4] - 14:11,
16:20, 17:7, 21:5
**involvement** [1] -
19:12
**involving** [3] - 3:3,
25:10, 28:21
**items** [2] - 18:25,
24:15

**J**

**Jalisco** [1] - 14:15
**JAN** [1] - 1:18
**Jan** [1] - 2:15
**jewelry** [1] - 19:1
**Joint** [2] - 13:5, 13:17
**jointly** [1] - 29:12
**JR** [2] - 1:17, 1:18
**judge** [1] - 8:1
**JUDGE** [1] - 1:10
**judges** [1] - 27:6
**July** [1] - 30:16
**June** [2] - 1:4, 21:14
**jurors** [1] - 8:9

**jury** [8] - 8:4, 8:8, 8:13, 8:21, 8:25, 9:2, 9:7, 12:15

## K

**keep** [1] - 18:21
**kind** [1] - 6:14
**kinds** [1] - 27:12
**knowing** - 16:19, 19:23, 21:4
**knowingly** [5] - 13:22, 16:14, 20:13, 20:16, 28:18
**knowledge** - 19:12
**known** [1] - 11:16
**Kyle** [1] - 2:13

## L

**last** [1] - 6:9
**launder** [1] - 17:22
**laundered** [3] - 19:10, 25:5, 25:9
**laundering** [13] - 3:3, 15:22, 16:16, 17:3, 17:7, 17:10, 18:11, 19:19, 20:12, 22:2, 23:19, 25:16, 28:20
**law** [7] - 7:13, 10:8, 10:22, 19:25, 20:1, 27:10, 27:22
**LAW** [1] - 1:18
**laws** [1] - 6:6
**lawyer** [9] - 3:22, 3:23, 5:17, 7:18, 7:20, 9:16, 10:16, 12:1, 23:5
**lawyers** [1] - 9:11
**leadership** [1] - 15:10
**least** [4] - 8:8, 13:21, 18:14, 19:5
**lectern** [1] - 2:8
**left** [1] - 9:2
**legalistic** [1] - 7:16
**legitimate** [1] - 18:3
**lenient** [1] - 21:16
**level** [8] - 22:6, 24:23, 25:3, 25:7, 25:9, 25:12, 25:19, 25:25
**levels** [3] - 25:13, 25:15, 25:24
**lighter** [1] - 27:25
**limit** [1] - 11:21
**LISA** [1] - 30:11
**Lisa** [1] - 1:22
**list** [1] - 24:15
**listed** [1] - 22:13
**listen** [2] - 9:3, 20:7
**live** [2] - 17:2, 18:7

**location** [4] - 14:7, 16:21, 18:4, 21:1
**look** [1] - 27:4
**looking** [1] - 27:3
**looks** [1] - 29:21
**Luis** [1] - 16:25

## M

**magistrate** [1] - 8:1
**manner** [1] - 11:1
**manual** [2] - 23:14, 24:21
**manufacture** [1] - 25:10
**Martinez** [1] - 16:25
**matter** [1] - 2:7
**maximum** [4] - 11:5, 23:21, 23:22, 23:24
**meaning** [2] - 9:16, 9:22
**means** [3] - 4:6, 9:1, 13:1
**medicine** [1] - 6:9
**Meisel** [1] - 2:12
**MEISEL** [9] - 1:13, 2:11, 7:5, 20:11, 21:18, 21:20, 29:16, 29:23, 30:2
**member** [4] - 14:15, 14:17, 14:22, 15:7
**mental** [1] - 6:13
**merely** [1] - 27:24
**met** [2] - 5:6, 29:11
**methamphetamine** [1] - 15:18
**Mexican** [1] - 17:21
**Mexico** [4] - 6:2, 15:14, 15:23, 17:11
**Michoacan** [1] - 5:25
**microphone** [2] - 5:7, 5:18
**Miguel** [1] - 16:25
**million** [4] - 17:11, 17:14, 18:18, 25:6
**mind** [1] - 28:12
**mistake** [1] - 20:1
**moment** [2] - 3:23, 14:19
**monetary** [4] - 13:24, 14:1, 20:18, 20:20
**money** [13] - 3:3, 15:22, 16:15, 17:3, 17:7, 17:9, 18:11, 19:19, 20:12, 22:1, 23:19, 25:16, 28:20
**months** [4] - 22:7, 22:8, 26:3, 26:10
**Moore** [1] - 2:13
**MOREIRA** [1] - 30:11

**Moreira** [2] - 1:22, 30:18
**morning** [7] - 2:9, 2:11, 2:14, 2:15, 2:18, 2:21, 2:22
**most** [3] - 21:16, 21:22, 21:24
**move** [1] - 5:7
**MR** [25] - 2:11, 2:15, 2:20, 3:8, 5:5, 5:9, 7:2, 7:5, 14:19, 15:2, 16:4, 20:11, 21:9, 21:18, 21:20, 21:24, 22:18, 29:11, 29:16, 29:18, 29:20, 29:23, 29:24, 30:2, 30:4
**multiple** [1] - 18:25

## N

**name** [4] - 4:13, 17:19, 17:25, 19:5
**namely** [1] - 14:12
**Narcotic** [1] - 1:14
**narcotic** [1] - 6:14
**narcotics** [5] - 3:3, 14:2, 14:12, 20:22, 28:21
**nature** [6] - 14:7, 16:21, 18:4, 21:1, 27:7, 29:2
**NE** [1] - 1:14
**necessary** [1] - 9:12
**need** [4] - 14:24, 14:25, 27:8, 27:13
**networks** [1] - 15:22
**new** [1] - 11:15
**next** [1] - 7:11
**notes** [1] - 30:13
**notice** [1] - 25:22
**November** [6] - 13:21, 17:10, 18:15, 29:18, 29:19
**Nueva** [1] - 14:15
**number** [3] - 19:6, 19:16, 27:15
**NW** [2] - 1:23, 30:20

## O

**oath** [2] - 4:3, 4:6
**obligated** [1] - 24:19
**obliterated** [1] - 19:16
**OCHOA** [1] - 1:6
**Ochoa** [8] - 2:4, 2:17, 2:21, 2:24, 4:14, 5:6, 5:12, 22:12
**October** [1] - 29:12, 29:14
**OF** [5] - 1:1, 1:3, 1:9,

1:18, 30:9
**offender** [1] - 25:19
**offense** [30] - 6:4, 12:9, 12:10, 12:11, 12:20, 12:24, 12:25, 17:6, 19:19, 20:6, 21:8, 22:6, 23:20, 24:6, 24:7, 24:11, 24:12, 24:23, 25:3, 25:8, 25:10, 25:12, 25:15, 25:18, 25:19, 25:24, 25:25, 27:7, 27:9, 27:15
**offenses** [1] - 20:15
**offer** [2] - 6:21, 21:16
**office** [2] - 12:14, 26:12
**OFFICES** [1] - 1:18
**OFFICIAL** [1] - 30:9
**Official** [1] - 1:22
**official** [1] - 30:19
**old** [1] - 4:15
**one** [4] - 5:10, 7:15, 19:5, 21:13
**operatives** [1] - 16:16
**opportunity** [1] - 7:17
**order** [2] - 19:6, 24:5
**ordinarily** [1] - 11:21
**outline** [1] - 21:22
**outside** [2] - 14:1, 20:19
**own** [5] - 9:21, 9:24, 10:5, 24:25, 28:6
**ownership** [5] - 14:8, 16:22, 18:5, 19:7, 21:1

## P

**page** [2] - 16:9, 16:11
**Page** [4] - 10:19, 11:23, 13:11, 13:14
**Palomo** [1] - 18:8
**Pamplona** [5] - 17:15, 17:25, 18:22, 18:24, 19:16
**paperwork** [2] - 5:4, 5:21
**Paragraph** [7] - 10:19, 11:11, 11:24, 14:3, 14:21, 22:13, 24:16
**paragraph** [2] - 5:14, 11:25, 12:1
**part** [3] - 14:7, 20:25, 24:4
**participate** [2] - 16:15, 16:18
**participation** [1] - 19:22
**parties** [5] - 2:8, 22:5,

24:23, 25:2, 29:11
**parts** [1] - 22:15
**party's** [1] - 19:6
**Pasion** [4] - 17:19, 17:21, 17:25, 18:2
**pay** [1] - 24:5
**penalties** [5] - 3:14, 23:13, 23:17, 24:1, 29:3
**period** [1] - 11:4
**perjury** [1] - 4:8
**permitted** [1] - 10:22
**persuade** [1] - 8:8
**pertinent** [1] - 22:15
**place** [4] - 13:25, 14:1, 20:18, 20:19
**Plaintiff** [1] - 1:4
**plea** [51] - 2:25, 3:15, 5:4, 5:21, 5:22, 6:21, 7:1, 7:4, 7:9, 7:11, 7:14, 7:23, 10:18, 10:21, 11:10, 11:13, 11:23, 12:4, 12:5, 12:6, 12:11, 12:20, 16:8, 21:14, 21:16, 21:22, 21:25, 22:1, 22:24, 23:1, 23:5, 23:10, 23:12, 23:16, 24:16, 24:22, 25:23, 26:8, 26:23, 28:3, 28:5, 28:10, 28:11, 28:12, 28:13, 28:14, 29:3, 29:6
**plead** [3] - 8:24, 9:6, 28:17
**pleading** [4] - 10:23, 12:10, 12:25, 27:24
**plenty** [2] - 3:10, 22:22
**podium** [2] - 3:10, 22:22
**point** [1] - 25:19
**possess** [3] - 12:15, 18:18, 19:14
**possession** [1] - 25:17
**practice** [1] - 16:9
**prepare** [1] - 10:16
**prepared** [1] - 13:7
**present** [5] - 8:8, 9:21, 9:24, 10:3, 10:5
**presented** [1] - 9:3
**presumed** [1] - 10:8
**previously** [1] - 19:22
**principal** [1] - 21:22
**probable** [1] - 8:9
**probation** [1] - 26:12
**procedural** [4] - 3:17, 7:13, 11:19, 12:7
**Procedure** [1] - 11:21
**proceed** [2] - 7:10, 20:10

**proceeding** [1] - 9:12
**proceedings** [1] - 30:14
**proceeds** [20] - 3:3, 14:2, 14:8, 14:11, 16:16, 16:19, 16:22, 17:11, 17:15, 17:22, 18:5, 18:18, 19:1, 19:4, 20:21, 21:2, 21:6, 24:11, 25:10, 28:21
**process** [2] - 5:3, 5:17
**product** [1] - 19:25
**promised** [1] - 27:23
**promote** [1] - 27:9
**pronunciation** [1] - 14:23
**property** [12] - 14:11, 17:15, 17:18, 17:25, 18:7, 18:8, 18:22, 18:25, 19:16, 21:4, 22:13, 24:11
**prosecuted** [1] - 4:8
**prosecution** [1] - 4:10
**prosecutor** [1] - 27:23
**protect** [1] - 27:11
**prove** [2] - 10:10, 13:7
**proven** [1] - 9:4
**provide** [2] - 27:4, 27:10
**provided** [1] - 13:4
**provisions** [2] - 11:7, 23:23
**public** [3] - 12:14, 20:2, 27:11
**punishment** [2] - 12:21, 27:10
**purchase** [2] - 17:15, 19:5
**purchased** [1] - 18:25
**purpose** [1] - 2:23
**pursuant** [3] - 11:2, 11:6, 11:15
**put** [2] - 17:24, 29:21

**Q**

**quantities** [1] - 15:17
**questions** [5] - 3:12, 4:7, 7:7, 7:15, 22:23

**R**

**range** [8] - 11:6, 22:7, 24:19, 24:24, 25:2, 26:3, 26:10, 26:19
**rather** [1] - 8:6
**RDR** [3] - 1:22, 30:11, 30:18
**read** [4] - 4:24, 5:11,

13:8, 16:8
**reading** [1] - 4:21
**ready** [1] - 28:9
**really** [1] - 18:3
**reask** [1] - 15:2
**reason** [1] - 28:7
**reasonable** [1] - 10:11
**received** [1] - 6:12
**recently** [1] - 6:13
**recommend** [1] - 22:8
**record** [4] - 2:5, 2:9, 8:16, 13:12
**records** [1] - 27:14
**reduction** [2] - 25:19, 25:23
**reflect** [2] - 21:15, 27:9
**reflecting** [1] - 19:24
**regardless** [1] - 12:5
**release** [1] - 23:24
**remain** [1] - 22:21
**remind** [1] - 7:16
**removable** [1] - 12:25
**removal** [1] - 13:1
**repeat** [4] - 3:19, 3:20, 7:17, 7:19
**REPORTER** [1] - 30:9
**Reporter** [3] - 1:22, 1:22, 30:19
**represented** [5] - 9:11, 14:2, 14:11, 20:20, 21:6
**request** [2] - 22:9, 29:12
**required** [3] - 8:7, 23:17, 27:4
**requires** [1] - 27:6
**reserves** [2] - 11:13, 22:9
**respect** [1] - 27:9
**respects** [1] - 19:23
**responding** [1] - 7:7
**responsibility** [1] - 25:22
**rest** [1] - 7:10
**restitution** [1] - 24:5
**result** [3] - 6:5, 22:12, 26:2
**resulting** [1] - 24:6
**results** [1] - 25:24
**review** [1] - 23:17
**reviewed** [4] - 12:1, 12:12, 16:7, 26:23
**reviewing** [1] - 5:3
**rights** [10] - 3:14, 3:16, 3:17, 7:13, 10:19, 12:7, 12:12, 12:13, 12:17, 29:4
**Riverside** [1] - 17:16
**Roman** [1] - 2:6

**Ronis** [4] - 2:15, 3:6, 5:5, 5:13
**RONIS** [3] - 1:18, 2:15, 2:20
**Room** [1] - 1:23, 30:20
**routes** [1] - 15:13
**Rule** [3] - 11:20, 11:21
**rules** [3] - 11:19, 11:24, 12:7

**S**

**salient** [2] - 21:22, 21:25
**San** [1] - 1:19
**Santangelo** [1] - 2:6
**satisfied** [2] - 6:16, 28:25
**schedules** [1] - 29:10
**school** [3] - 4:17, 4:18, 4:19
**scope** [1] - 10:25
**score** [1] - 26:15
**seated** [3] - 20:4, 21:19, 29:8
**Section** [9] - 1:14, 11:2, 11:7, 11:9, 11:15, 23:20, 25:14, 25:20, 27:5
**Sections** [3] - 3:4, 20:23, 28:22
**Security** [1] - 19:6
**see** [1] - 8:15
**seek** [1] - 26:8
**sentence** [10] - 11:1, 11:14, 23:9, 23:21, 24:5, 24:18, 27:2, 27:8, 27:19, 27:25
**sentences** [2] - 11:3, 27:12
**SENTENCING** [1] - 1:9
**sentencing** [13] - 11:6, 11:7, 11:8, 22:2, 24:24, 25:2, 26:3, 26:19, 27:6, 27:13, 27:18, 29:9, 29:22
**September** [1] - 29:9
**serial** [1] - 19:16
**series** [1] - 3:12
**seriousness** [1] - 27:9
**serve** [1] - 12:14
**services** [2] - 5:9, 6:17
**set** [5] - 11:8, 11:10, 14:3, 24:15, 26:22
**sets** [3] - 10:18, 23:12, 24:23
**severe** [1] - 23:9
**severity** [1] - 26:19
**signature** [2] - 8:17, 13:14

**signed** [7] - 5:15, 7:25, 8:2, 8:18, 21:15, 23:2, 23:6
**signing** [1] - 12:5
**similar** [2] - 27:14, 27:15
**sit** [1] - 9:2
**six** [1] - 25:7
**six-level** [1] - 25:7
**Social** [1] - 19:6
**sophisticated** [3] - 17:7, 17:9, 25:16
**sound** [1] - 7:15
**source** [4] - 14:8, 16:21, 18:4, 21:1
**Spanish** [2] - 4:22, 5:9
**speaking** [1] - 3:7
**special** [1] - 23:25
**Special** [1] - 2:13
**specified** [3] - 14:9, 20:21, 21:2
**SPENCER** [1] - 1:13
**stage** [2] - 7:11, 9:12
**start** [1] - 2:10
**statement** [1] - 4:9
**Statement** [2] - 13:5, 13:17
**statements** [1] - 11:22
**Statements** [1] - 11:25
**STATES** [3] - 1:1, 1:3, 1:10
**states** [1] - 14:21
**States** [17] - 1:13, 2:3, 2:12, 6:6, 12:16, 13:2, 13:25, 14:1, 15:14, 15:18, 15:23, 17:3, 17:12, 18:12, 20:19, 20:20, 30:19
**statute** [6] - 10:22, 10:25, 23:13, 27:3, 27:5, 27:6
**statutory** [3] - 3:16, 7:12, 11:5
**stenographic** [1] - 30:13
**step** [2] - 3:10, 20:5
**still** [2] - 23:9, 29:14
**Stipulated** [2] - 13:5, 13:18
**Street** [2] - 1:14, 1:19
**subject** [3] - 13:1, 24:10, 25:7
**submitted** [1] - 5:22
**subpoena** [1] - 9:22
**Subsets** [1] - 22:14
**substance** [1] - 25:11
**substances** [1] - 15:17
**substantial** [1] - 15:13
**sufficiently** [1] - 24:11

**suggest** [1] - 29:9
**suggested** [1] - 27:24
**Suite** [1] - 1:14
**summary** [1] - 13:6
**supervised** [1] - 23:24
**Susana** [1] - 2:6
**sworn** [2] - 2:6, 4:5

**T**

**table** [1] - 2:12
**talks** [1] - 11:24
**Teresa** [1] - 1:13
**term** [2] - 23:24, 26:9
**terms** [6] - 10:20, 21:22, 21:25, 22:24, 23:2
**testify** [4] - 9:17, 9:23, 9:24, 10:2
**THE** [205] - 1:1, 1:1, 1:10, 2:2, 2:14, 2:18, 2:21, 2:22, 2:23, 3:9, 4:1, 4:2, 4:6, 4:12, 4:13, 4:14, 4:15, 4:16, 4:17, 4:18, 4:19, 4:20, 4:21, 4:23, 4:24, 5:1, 5:2, 5:7, 5:16, 5:23, 5:24, 5:25, 6:1, 6:2, 6:3, 6:7, 6:8, 6:11, 6:12, 6:15, 6:16, 6:18, 6:19, 6:23, 6:24, 7:3, 7:6, 7:21, 7:22, 8:14, 8:15, 8:19, 8:20, 8:22, 8:23, 9:9, 9:10, 9:14, 9:15, 9:19, 9:20, 10:1, 10:2, 10:7, 10:8, 10:12, 10:13, 10:17, 10:18, 11:12, 11:13, 11:18, 11:19, 12:2, 12:3, 12:8, 12:9, 12:18, 12:19, 12:23, 12:24, 13:3, 13:4, 13:10, 13:11, 13:16, 13:17, 13:20, 13:21, 14:4, 14:5, 14:13, 14:14, 14:16, 14:17, 14:18, 14:20, 15:1, 15:5, 15:8, 15:9, 15:11, 15:12, 15:15, 15:16, 15:20, 15:21, 15:24, 15:25, 16:13, 16:17, 16:18, 16:23, 16:24, 17:1, 17:2, 17:5, 17:6, 17:8, 17:9, 17:13, 17:14, 17:17, 17:18, 17:20, 17:21, 17:23, 17:24, 18:1, 18:2, 18:6, 18:7, 18:9, 18:10, 18:13,

18:14, 18:16, 18:17, 18:20, 18:21, 18:23, 18:24, 19:3, 19:4, 19:8, 19:9, 19:13, 19:14, 19:17, 19:18, 19:20, 19:21, 20:3, 20:4, 21:7, 21:10, 21:12, 21:13, 21:19, 21:21, 22:17, 22:20, 22:25, 23:1, 23:3, 23:4, 23:7, 23:8, 23:11, 23:12, 24:3, 24:4, 24:8, 24:9, 24:13, 24:14, 24:17, 24:18, 26:6, 26:7, 26:11, 26:12, 26:21, 26:22, 27:1, 27:2, 27:20, 27:21, 28:1, 28:2, 28:4, 28:5, 28:8, 28:9, 28:16, 28:17, 28:24, 28:25, 29:14, 29:17, 29:19, 29:21, 29:25, 30:3, 30:5

**therefore** [2] - 7:8, 29:6

**they've** [1] - 25:3

**Third** [1] - 1:19

**third** [1] - 19:6

**third-party's** [1] - 19:6

**threatened** [1] - 28:2

**three** [2] - 23:24, 25:24

**threw** [1] - 14:24

**timely** [1] - 25:22

**title** [1] - 17:18

**Title** [3] - 20:15, 20:22, 23:23

**titled** [2] - 10:20, 11:25

**today** [13] - 3:7, 3:12, 4:10, 5:22, 6:10, 7:1, 7:4, 7:9, 7:15, 8:18, 28:13, 29:2, 30:1

**today's** [1] - 2:24

**tonnage** [1] - 15:17

**top** [2] - 15:9, 26:9

**total** [2] - 19:9, 25:24

**totaling** [1] - 17:11

**trafficking** [7] - 3:4, 14:3, 14:12, 15:13, 20:22, 22:3, 28:21

**transactions** [3] - 16:15, 16:19, 16:20

**TRANSCRIPT** [1] - 1:9

**transcript** [2] - 30:13, 30:14

**transfer** [8] - 13:23, 13:24, 14:6, 14:10, 20:18, 20:24, 21:4, 21:5

**transferred** [1] - 20:16

**transfers** [1] - 17:10

**translated** [1] - 5:11

**transmission** [5] - 14:6, 14:10, 20:24, 21:4, 21:5

**transmit** [3] - 13:23, 13:24, 20:17

**transmitted** [1] - 20:16

**transport** [3] - 13:23, 13:24, 20:17

**transportation** [5] - 14:6, 14:10, 20:24, 21:3, 21:5

**transported** [1] - 20:16

**treatment** [1] - 6:12

**trial** [10] - 8:25, 9:7, 9:10, 9:11, 9:15, 9:20, 10:3, 10:9, 10:14, 13:7

**true** [2] - 30:12, 30:14

**truthfully** [1] - 4:7

**turn** [1] - 5:18

**turning** [1] - 13:11

**two** [5] - 11:24, 17:10, 19:18, 25:12, 25:15

**type** [1] - 6:13

## U

**U.S** [5] - 1:23, 6:3, 18:19, 20:15, 20:22

**unavailable** [1] - 11:16

**unconstitutional** [1] - 10:24

**under** [22] - 4:6, 6:6, 7:13, 10:19, 10:20, 11:19, 11:24, 12:7, 13:15, 18:8, 19:5, 20:15, 22:10, 23:13, 25:4, 25:8, 25:13, 25:14, 25:15, 25:19, 26:7, 26:16

**underlying** [2] - 5:4, 19:19

**understood** [1] - 5:15

**UNITED** [3] - 1:1, 1:3, 1:10

**United** [17] - 1:13, 2:3, 2:12, 6:5, 12:15, 13:2, 13:25, 14:1, 15:14, 15:18, 15:23, 17:3, 17:12, 18:12, 20:19, 30:19

**unlawful** [5] - 14:9, 14:12, 20:21, 21:2, 21:6

**unregistered** [1] - 19:14

**untraceable** [1] -

19:15

**unwarranted** [1] - 27:13

**up** [8] - 3:14, 3:17, 7:14, 8:17, 12:16, 13:12, 22:21, 29:5

**upward** [1] - 11:5

**USC** [8] - 3:4, 11:2, 11:9, 11:15, 23:20, 25:14, 27:5, 28:22

## V

**valuable** [1] - 12:13

**value** [1] - 18:25

**variance** [1] - 22:10

**various** [1] - 5:4

**vehicle** [1] - 19:5

**vehicles** [1] - 19:2

**verbatim** [3] - 5:12, 11:10, 16:8

**victim** [1] - 24:6

**violate** [1] - 12:4

**violation** [4] - 3:4, 20:22, 23:20, 28:21

**voluntarily** [1] - 28:6

**voluntary** [1] - 19:23

**vote** [1] - 12:14

## W

**waive** [2] - 10:21, 11:1

**waived** [1] - 12:7

**waiver** [3] - 8:1, 10:19, 10:22

**Waiver** [2] - 8:15, 10:20

**waiving** [1] - 8:20

**Washington** [3] - 1:15, 1:24, 30:21

**watches** [1] - 19:1

**welcome** [1] - 2:18

**West** [1] - 1:19

**whichever** [1] - 23:23

**whole** [4] - 3:12, 14:7, 20:25, 24:15

**willful** [1] - 19:23

**willfully** [3] - 13:22, 20:14, 28:19

**wire** [1] - 17:10

**wit** [1] - 20:21

**withdraw** [4] - 12:4, 12:5, 23:10, 28:11

**witnesses** [3] - 9:17, 9:21, 9:22

**word** [1] - 4:25

**works** [1] - 29:14

**writing** [1] - 4:22

**written** [1] - 4:25

## Y

**years** [2] - 23:21, 23:24

**yourself** [1] - 10:4

**yourselves** [1] - 2:9

## Z

**Zamora** [1] - 5:25

**zero** [1] - 25:19