IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRISTIAN FERNANDO GUTIERREZ-OCHOA,<br><br>*Defendant*. | No. 1:25-CR-035 (BAH) |

**AMERICAN VICTIMS OF CARTEL TERRORISM NOTICE OF RELATED CASE**

Petitioners American Victims of Cartel Terrorism, by and through undersigned counsel, hereby provide this Notice of Related Case to the Court and the Calendar and Case Management Committee. On November 7, 2025, Petitioners filed an Ancillary Petition seeking to execute, or attach in aid of execution, Petitioners' Final Judgment against certain assets subject to this Court's preliminary order of forfeiture. ECF Nos. 40 and 57.

Petitioners have moved, in a separate proceeding, pursuant to the Terrorism Risk Insurance Act of 2002 ("TRIA"), 28 U.S.C. § 1610, note, to execute, or attach in aid of execution, the same assets at issue in Petitioners' Ancillary Petition. *See Howard J. Miller, et al. v. Juárez Cartel*, Case No. 23-mc-95-UNA, ECF No. 3 (D.D.C. Nov. 10, 2025) ("Execution Proceeding"). Accordingly, and pursuant to Local Rule 40.5(a)(3), Petitioners submit that this Action and Petitioners' Execution Proceeding relate to common property, involve common issues of fact, and/or grow out the same event or transaction. Petitioners have conferred with the Government regarding the related case designation, and the Government does not oppose.

As Petitioners' Execution Proceeding is currently unassigned, Petitioners respectfully submit that good cause exists for the transfer of Petitioners' Execution Proceeding, pursuant to Local Rule 40.5(c), to this Honorable Court, which is presiding over Petitioners' Ancillary Petition.

DATED: November 20, 2025

Respectfully submitted,

MOTLEY RICE LLC

/*S/* John M. Eubanks

John M. Eubanks, Esq.
(D.C. Dist. Ct. Bar No. SC0013)
Michael E. Elsner, Esq.
(*pro hac vice* forthcoming)
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9450
JEubanks@motleyrice.com
MElsner@motleyrice.com

*Attorneys for Petitioners*