UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 25-CR-035 (BAH) |
| v. | |
| **CRISTIAN FERNANDO GUTIERREZ-OCHOA,** | |
| **Defendant.** | |

### UNITED STATES' RESPONSE TO MINUTE ORDER OF DECEMBER 8, 2025

The United States of America, by its undersigned attorneys, respectfully submits its response to the Court's Minute Order of December 8, 2025. The Court directed the government to address (1) whether Third Party American Victims of Cartel Terrorism's (the "Petitioner") Ancillary Petition, ECF No. 57, must be resolved prior to or in conjunction with the defendant's sentencing, which is currently scheduled for December 18, 2025, including the effect, if any, of the Ancillary Petition on the issues to be resolved at sentencing regarding forfeiture and/or restitution; (2) whether Petitioner or its members qualify to testify as a victim at the sentencing hearing; and (3) if so whether any such victims plan to appear at the sentencing hearing.

(1) <u>The Court Need Not Resolve the Ancillary Petition at the Sentencing Phase</u>

The government submits the pending Ancillary Petition does not impact the Court's ability to go forward with the sentencing hearing on December 18, 2025. Rule 32.2 is clear: "An ancillary proceeding is not part of sentencing." Fed. R. Crim. P. 32.2(c)(4). In many cases, the ancillary process begins after a defendant's sentencing hearing because the sentencing hearing is the default point at which a preliminary order of forfeiture becomes final and terminates the defendant's property interests as to property subject to forfeiture. *See* Fed. R. Crim. P. 32.2(b)(4)(A) ("At sentencing—or at any time before sentencing if defendant the

consents—the preliminary forfeiture order becomes final as to the defendant."). In this case, the defendant gave consent to have the preliminary order of forfeiture become final as to him at the time of its entry pursuant to the consent provision of Rule 32.2(b)(4)(A). ECF No. 40 at 2, para. 3. Consequently, the forfeiture ancillary proceeding is pending at the time of sentencing, but again, it is not part of the sentencing.

The government requests the Court make its oral pronouncement of the forfeiture at the sentencing hearing and that the Court include the forfeiture in the judgment and commitment order, but submits no additional action is necessary at this time to effectuate the forfeiture or preserve the ancillary proceeding.

(2) <u>Petitioners Do Not Qualify As Statutory Victims of the Offense</u>

The government submits Petitioners do not qualify as victims pursuant to the Crime Victims Rights Act, 18 U.S.C. § 3771, or the restitution statutes, 18 U.S.C. § 3663(a)(2) and 18 U.S.C. § 3663A(a)(2), because they were not "directly and proximately harmed as the result of" the criminal violations at issue in this case.

(3) <u>Petitioners Do Not Plan to Appear at Sentencing</u>

Undersigned counsel conferred with counsel for the Petitioners, and Petitioners' counsel represented that at this time, Petitioners do not intend to appear at the sentencing hearing.

//
//
//
//
//
//
//

        Respectfully submitted,

        MARGARET A. MOESER
        Chief, Money Laundering, Narcotics and Forfeiture Section
        Criminal Division, U.S. Department of Justice

By:   /s/ Stephanie Williamson
        Stephanie Williamson, D.C. Bar No. 1044027
        Trial Attorney
        Money Laundering, Narcotics and Forfeiture Section
        Criminal Division, U.S. Department of Justice
        1400 New York Ave. NW
        Washington, DC 20530
        stephanie.williamson@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 11th day of December 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

        */s/ Stephanie Willliamson*
        Stephanie Williamson
        Trial Attorney
        Money Laundering, Narcotics and Forfeiture Section
        U.S. Department of Justice, Criminal Division
        Washington, DC 20530