IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRISTIAN FERNANDO GUTIERREZ-OCHOA,<br><br>*Defendant*. | No. 1:25-CR-035 (BAH) |

**AMERICAN VICTIMS OF CARTEL TERRORISM'S NOTICE OF WITHDRAWAL OF ECF NO. 65 FOLLOWING CONFERRAL WITH THE GOVERNMENT**

American Victims of Cartel Terrorism, by and through undersigned counsel, hereby submit this Notice seeking to withdraw their December 16, 2025 response to the Government's response to the Court's December 8, 2025, Minute Order. This document was docketed at ECF No. 65. After filing their Response, counsel for the government contacted undersigned counsel and stated:

1) The Court's oral pronouncement of forfeiture "does not finalize the forfeiture in the manner of a final order of forfeiture."

2) The Court's oral pronouncement of forfeiture "will not shift funds out of the SADF [Seized Assets Deposit Fund], it will not vest title of the assets in the government."

Based upon the government's clarifications, it is American Victims of Cartel Terrorism's understanding that the government will not attempt to argue that the Court's oral pronouncement of forfeiture has a material adverse impact on their efforts to secure "some measure of justice and

compensation"[1] for the atrocities of the November 4, 2019, massacre. As such, American Victims of Cartel Terrorism respectfully ask to withdraw their Response.

DATED: December 17, 2025

Respectfully submitted,

/s/ John M. Eubanks
MOTLEY RICE LLC
John M. Eubanks, Esq.
(D.C. Bar #SC0013)
Michael E. Elsner, Esq.
(*pro hac vice* forthcoming)
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: (843) 216-9000
MElsner@motleyrice.com
JEubanks@motleyrice.com

*Attorneys for American Victims of Cartel Terrorism*

---

[1] 148 Cong. Rec. S11524 (Statement of Sen. Harkin).